# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-079 | MAGIS. NO: |
| V.  **RICARDO HENRY** | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | FILED MAR 3 0 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

HEALTH CARE FRAUD;

FALSE STATEMENTS REGARDING HEALTH CARE MATTERS;

CAUSING AN ACT TO BE DONE;

CRIMINAL FORFEITURE.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 1347; 18 U.S.C. § 1035; 18 U.S.C. § 2; 18 U.S.C. § 982(a)(7) and (b)(1). |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY: JOHN M. FACCIOLA U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) John M Facciola | DATE ISSUED: 03/28/06 |
|---|---|---|
| CLERK OF COURT: NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE: 3/28/06 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3/30/06 | Deputy David Abell | |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |