UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. 1:06-cr-00079-CKK-ALL |
| | * | |
| RICARDO HENRY | * | |
| | * | |
| Defendant. | * | |

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned hereby moves the Court for leave to withdraw as counsel for the defendant in the above-captioned matter. In support of this motion the undersigned avers as follows:

1. Undersigned counsel has been counsel of record for the defendant from the outset of this case.

2. Irreparable differences have emerged between undersigned counsel and Mr. Henry which have seriously eroded the attorney-client relationship. Mr. Henry has retained new counsel – Kathleen Dolan – who has entered her appearance in this matter.

3. Prior to filing this motion undersigned counsel attempted to contact counsel for the government, Mr. Zeno and Mr. Donath, without success, to obtain their position on the relief sought herein. Nonetheless, the undersigned submits that the government will not be prejudiced should the Court grant this motion whereas Mr. Henry would, however, be prejudiced if he is compelled to go forward without his counsel of choice.

Wherefore, for the reasons stated herein and in the record of this proceeding, undersigned

counsel respectfully requests that this motion be granted.

                                        Respectfully Submitted:

                                        _____/s/_____
                                        Gregory L. Lattimer [371926]
                                        1100 H Street, N.W.
                                        Suite 920
                                        Washington, D.C.  20005
                                        (202) 638-0095

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing motion was served, via first-class mail, postage prepaid, upon:

Ricardo Henry
6101 16th Street, N.W.
#609
Washington, D.C. 20011

                                        _____/s/_____
                                          Gregory L. Lattimer

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    Crim. No. 1:06-cr-00079-CKK-ALL |
| RICARDO HENRY | * |
| Defendant. | * |

### ORDER

Upon consideration of the Motion of Gregory L. Lattimer to withdraw his appearance for the defendant in this matter and it appearing to the Court that good cause for the motion exists and in addition that the defendant has retained new counsel who has entered an appearance in this matter, it is hereby Ordered that the motion be and hereby is **GRANTED**.

_____
United States District Court Judge

Date:_____