THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      v.                :    1:06-CR-0079
                                     (CKK)

RICARDO HENRY,             :

        Defendant.     :

- - - - - - - - - - - - - - - - -X

## CONSENT MOTION TO RE-SET MOTIONS DEADLINE/STATUS HEARING

**COMES NOW DEFENDANT**, through undersigned counsel, and herein respectfully requests this Court to re-set the dates presently in effect in the above-referenced matter. In support of this request, defendant respectfully states as follows:

1. The indictment in this complex, 62-count fraud matter has just been superseded to include additional 7 additional counts alleging, <u>inter alia</u>, bankruptcy fraud.

2. In short, this matter is paper intensive -- discovery consisting of roughly "40 boxes" of papers and materials and "computer drives."

3. Moreover, as the docket recently reflected, undersigned counsel was just retained into this matter -- and Motions are due to be filed on Monday, June 5, 2006.

4. Undersigned counsel needs some time to get up to speed but believes that only 30 days may be sufficient. Thus, it is respectfully requested that (roughly) 30 days be added to the motions date presently set.

5. Undersigned counsel has fully explained the need for these extensions to Mr. Henry, as undersigned counsel would not have agreed to come into such a complex case without his understanding of and waiving of time constraints. He agrees to the requests made herein -- and is fully prepared to, on the record,

waive any Speedy Trial Act[1] rights which, it is understood, he was unwilling to waive with prior counsel.

6. Undersigned counsel is prepared to actively defend Mr. Henry in this matter -- but obviously needs the Court's indulgence with respect to deadlines set with previous counsel.

7. This request is made with the sole intention of diligent representation -- and not for delay or other improper purpose.

8. This request is also made with the full consent of Mr. Zeno and his co-counsel for the United States.

**WHEREFORE**, the reasons set herein, it is respectfully requested as follows:

1. That the June 5, 2006 Motions Date in this matter be extended to Monday, July 10, 2006;

2. That the June 19, 2006 status hearing in this matter be continued to Tuesday, July 27, 2006 -- at which time Mr. Henry will formally waive his Speedy Trial Act rights on the record; or in the alternative, that this Court schedule a status in the immediate future at which time these activities will be accomplished.

Respectfully submitted,

_____
Kathleen A. Dolan
8601 Georgia Ave., Suite 910
Silver Spring, MD 20910
(301) 608-3000
Counsel for Mr. Henry

---

[1] In fact, Mr. Henry would have attached a written waiver to this Motion if a written waiver would be accepted by this Court.

2