THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       v.                 :    1:06-CR-0079
                              (CKK)

RICARDO HENRY,              :

       Defendant.      :

- - - - - - - - - - - - - - - - -X

ORDER

      **UPON CONSIDERATION** of defendant's Consent Motion to Reset Dates, the reasons stated therefor and the entire record in this matter -- including counsel's representation that Mr. Henry is prepared to waive any Speedy Trial Act right in open court at the status date; and the Court being fully informed in the premises; it is by the Court this ___ day of June 2006 hereby

      **ORDERED**, that the Motion be and the same hereby is **GRANTED**; and it is

      **FURTHER ORDERED**, that all motions are due on or before July 10, 2006; and it is

      **FURTHER ORDERED**, that the June 19, 2006 status in this matter be and hereby is continued to June 27, 2006 at_____.


                                            Judge Collar Kotelley