THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA
:
   v.
: 1:06-cr-0079
RICARDO HENRY,             (CKK)
:
   Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF FILING

To the Clerk:

      Please file in the instant matter the attached letter dated June 9, 2006 from Kathleen Dolan to Tom Zeno and Glen Donath formally requesting discovery.

                                        Respectfully submitted,

                                        Kathleen A. Dolan
                                        Counsel for Defendant Henry
                                        8601 Georgia Avenue, Suite 910
                                        Silver Spring, MD 20910
                                        (301)608 3000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Filing together with the letter attached thereto was mailed via U.S. regular mail to Tom Zeno and Glen Donath at United States Attorney's Office, 555 Fourth St., NW, Washington, DC 20530, on June 9, 2006.

                                        _____
                                        Kathleen A. Dolan