**KENNEDY & DOLAN**
ATTORNEYS AT LAW
*LEE PLAZA*
8601 GEORGIA AVENUE
SUITE 910
SILVER SPRING, MD 20910
(301) 608-3000
FAX (301) 608-3007

JOHN F. KENNEDY (DC, VA, PA, NJ)
KATHLEEN A. DOLAN (MD, DC, MA)

E-MAIL
JFKDC@AOL.COM

June 9, 2006

Tom Zeno, Glen Donath
United States Attorney's Office
555 Fourth St., NW
Washington, D.C. 20530

      Re:  <u>State v. Henry</u>
            <u>1:06-79-cr-1</u>

Dear Messers Zeno & Donath:

    Pursuant to Rule 16(a) <u>et seq.</u>, I herein formally request that discovery be provided consistent with the provisions thereunder.

    Also, consistent with my phone call with Mr. Donath today, it is my understanding that the "45 boxes" of discovery will be available on Friday, June 16, 2006 at 10:00 a.m. at the D.C. Medicaid Control Fraud Unit, 717 14th St., NW in D.C.

    It is also my understanding from our conversation that there will be more discovery provided pursuant to the search warrant that was executed at my client's home on the 29th.

    And finally, please be advised that since it is the usual and customary practice for your office to scan these thousands of documents on CD and provide the CD to me, that after observing the actual discovery next Friday, I will be moving the Court to require you to comply with every other white collar crime case in your office -- pursuant to Rule 16 -- and place these documents on discs. It would be nice if we were able to make this agreement before having to bother the Court with it.

    As always, I look forward to working with you in the above-referenced matter.

                                       Sincerely,

                                       Kathleen A. Dolan

KAD/omj