UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:06-CR-00079 (CKK) |
| | : |
| v. | : |
| | : |
| RICARDO HENRY, | : |
|         Defendant | : |

## PROTECTIVE ORDER GOVERNING
## THE DISCLOSURE OF PERSONAL INFORMATION

To expedite the flow of discovery material between the parties, adequately protect identifiable personal information, and ensure that protection is afforded only to material so entitled, it is, pursuant to the court's authority under Fed. R. Civ. P. 26(c) and with the consent of the parties, ORDERED:

(1) **Production of Documents which may Contain Personal Identifiable Information:**

The United States may produce documents with certain identifiable personal information (defined as person's name, address, Social Security number or other identifying number) to defendant, pursuant to defendant's discovery requests. The United States will produce these documents unredacted to the defendant. These documents (in paper or electronic form) may include individuals' true personal information, financial information, and credit reports. The defendant, including defendant's counsel and his personnel, shall use these documents only for purposes of the litigation, and may disclose them to non-parties to this litigation only as needed for the litigation, and only if the nonparty signs the acknowledgment form attached to this Agreement. The defendant's counsel shall provide a copy of any signed acknowledgment form to the counsel for the government within 24 hours of its execution.

(2)    **Remedies for Breach:**

Any breach of this Agreement by either party shall entitle the non-breaching party to seek appropriate remedies and/or sanctions from the Court.

(3)    **No Ruling on Discoverability Nor Admissibility:**

This Protective Order does not constitute a ruling on the question of whether any particular material is properly discoverable or admissible and does not constitute any ruling on any potential objection to the discoverability of any material.

Dated this ___20th___ day of ___June___, 2006.

_____
HON. COLLEEN KOLLAR-KOTELLY
United States District Judge

WE ASK FOR THIS:

KENNETH L. WAINSTEIN (D.C. Bar No. 451058)
United States Attorney

By: _____
Thomas E. Zeno (D.C. Bar No. 348623)
Glen Donath (D.C. Bar No. 460582)
Assistant United States Attorneys
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-6957

_____         _____
RICARDO F. HENRY                         KATHLEEN A. DOLAN
Defendant                                Counsel for Defendant Henry