THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____x
UNITED STATES OF AMERICA            :

        v.                          :
                                         Case No. 1:06-cr-0079
                                    :        (CKK)
RICARDO HENRY
                                    :
        Defendant.
                                    :
_____x

## PRAECIPE

With the consent of the United States, would the Clerk please amend the docket entry respecting yesterday's hearing as follows:

> Defendant waives his rights under the Speedy Trial Act from **6/5**/2006 to 6/20/2006 . . .

rather than from **5/6**/2006. These numbers appear to have been transposed.

Respectfully submitted,


Kathleen A. Dolan