UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,     :
                              :
                              :   Criminal No. 1:06-CR-00079-CKK
                              :
                              :
         v.                   :
                              :
                              :
RICARDO HENRY,                :
         Defendant            :

## ORDER

FOR GOOD CAUSE SHOWN, the Court finds that the request of the defendant and the government to exclude time under the Speedy Trial Act ("the Act") should be granted. The Court finds, having considered the factors set forth at Title 18, United States Code, Sections 3161(h)(8)(A) & (B)(iv), that the grounds for exclusion of time would serve the ends of justice and would outweigh the interests of the parties and the public in a trial within the time limits of the Act.

The Court adopts the factual representations presented on the record during the status hearings held on April 6, 2006, May 15, 2006, and June 19, 2006. It would be unreasonable for trial to proceed under the strict dictates of the Act because adequate preparation for trial and pre-trial litigation could not occur in this case because the discovery involves voluminous records and several computers, and the motions hearings require additional time for effective presentation. Therefore, pursuant to Sections 3161(h)(8)(A) & (B)(iv), the Court finds that the interests of justice served by

the exclusion of time outweigh the interests of the parties and the public in a speedy trial within the meaning of the Act and the Court excludes the time between April 6, 2006 and May 15, 2006, and between June 5, 2006 and September 26, 2006.

DATED: 7/1/06

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE