```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA       :

        v.                     :    1:06cr00079
                                    (CKK)
RICARDO HENRY,                 :

        Defendant.             :
- - - - - - - - - - - - - - -X
```

### JOINT MOTION TO RE-SCHEDULE STATUS

**COMES NOW DEFENDANT**, without opposition by the United States, and herein respectfully requests that the September 26, 2006 status hearing in this matter be re-set by two weeks. In support of this request, defendant respectfully states as follows:

1. Shortly after the June 21, 2006 status in this matter, the United States made a plea offer in this matter with an original expiration date of August 29, 2006.

2. Since that time, the parties have actively undertaken plea negotiations. As a backdrop, it should be noted that this is not your "typical" case, in that the indictment incorporates both the old and new Guidelines; contains charges which are pre and post Booker; raises the question of ex post facto. Significantly (in terms of the time it has taken to respond to the plea offer -- with constant communication and input from the United States) the defense has consulted a Guidelines "expert" in order to effectively and correctly communicate to Mr. Henry the ramifications of plea/trial in this complex, superseded matter.[1]

3. As of roughly one hour ago, 4 hours prior to the

---

[1] It is also understood that a witness will be put before the Grand Jury in this matter as late as September 12, 2006.

final "deadline" provided by the United States, and only after being completely informed on all aspects, Mr. Henry decided to exercise his right to trial.

    4. All of these undertakings have been in good faith and with no intent to delay the proceedings.

    5. However, now that undersigned counsel is back in "trial mode," there is still discovery which must be reviewed[2] and motions which must be determined for the Court-requested "list" prior to the status hearing.

    6. However, only a 2-week extension of deadlines is requested (unless the Court believes more than 2 weeks would be more appropriate).

    7. The United States "does not oppose" this request and has provided all day either October 9th or 10th, dates also available to undersigned counsel.

    8. Mr. Henry is willing to continue to waive his rights under the Speedy Trial Act until the in-court status hearing, October 9, 10, or another date chosen by this Court.

    9. Also, in the interest of judicial economy, undersigned counsel and Mr. Zeno/Gonadth will file, the Friday before the hearing, a list which will incorporate all motions which will be filed by the parties -- deadlines/dates for which will be set by the Court at the subsequent hearing.

    **WHEREFORE**, the reasons stated herein, it is respectfully requested that the September 26, 2006 status in this matter be re-

---

[2] The United States has provided discovery on a consistent basis but acknowledges that there are still outstanding documents which will be turned over.

scheduled for 2 weeks later.

                                          Respectfully submitted,

                                          _____

                                          Kathleen A. Dolan

Case 1:06-cr-00079-CKK   Document 14   Filed 09/06/2006   Page 3 of 3