**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - -X

**UNITED STATES OF AMERICA**    :

       v.             :    1:06cr00079
                             (CKK)

**RICARDO HENRY,**          :

     **Defendant.**    :

- - - - - - - - - - - - - - -X

**ORDER**

    **UPON CONSIDERATION** of defendant's unopposed Motion to Re-Schedule Status, the reasons stated therefore, and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this \_\_\_\_ day of _____ hereby

    **ORDERED,** that the motion be and the same hereby is **GRANTED;** and it is

    **FURTHER ORDERED,** that the September 26, 2006 status be and hereby is re-scheduled to _____; and it is

    **FURTHER ORDERED,** that the parties submit a joint status report on or before \_\_\_\_ listing which motions will be discussed at that hearing.

 

                                                        Judge Kollar-Kotelley