UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Action No. **06cr079** |
| **RICARDO HENRY** : | (CKK) |
| : | |
| Defendant : | |
| : | |

### ORDER

Upon consideration of defendant's [14] Joint Motion to Reschedule Status Hearing, the reasons stated therefore, and the entire record in this matter, and the Court being fully informed in the premises, it is this _6th_ day of September, 2006, hereby

**ORDERED** that the motion be and the same hereby is GRANTED in the interest of justice, and it is

**FURTHER ORDERED**, that the September 26, 2006, status hearing be and hereby is re-scheduled to October 11, 2006, at 9:30 a.m. in Courtroom 28A; and it is

**FURTHER ORDERED**, that the parties submit a joint status report on or before October 4, 2006, listing which motions will be discussed at that hearing; and it is

**FURTHER ORDERED**, that, as represented by counsel, defense counsel shall submit to the Court in writing a waiver of speedy trial rights signed by Defendant Ricardo Henry from September 26, 2006, to October 11, 2006.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge