```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA     :

        v.                   :     1:06cr00079
                                   (CKK)
RICARDO HENRY,               :

        Defendant.           :
- - - - - - - - - - - - - -X
```

**PRAECIPE**

**COMES NOW DEFENDANT**, with the gracious consent of the Government and prior approval by the Court herein respectfully requests that the October 11, 2006 status hearing in this matter be re-set to **Thursday, October 12, 2006 at 2:00.**

Mr. Henry will formally waive his rights under the Speedy Trial Act through October 12, 2006 on the record at the hearing.

Respectfully submitted,

_____
Kathleen A. Dolan