UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - -X

**UNITED STATES OF AMERICA**     :

       **v.**                   :     1:06cr00079
                                  (CKK)
**RICARDO HENRY,**            :

       **Defendant.**       :
- - - - - - - - - - - - - - -X

**CONSENT MOTION FOR LEAVE TO LATE-FILE
ONE WEEK OUT OF TIME**

     **COMES NOW DEFENDANT,** through undersigned counsel and with the consent of the United States, and herein respectfully requests this Court to accept the attached Motion as timely filed. In support of this request, undersigned counsel respectfully states as follows:

     1. At a status hearing in this matter, the parties agreed that undersigned counsel would file her Motion to Sever/Improper Joinder by November 6, 2006.

     2. Undersigned counsel was not able to meet that deadline and is seeking the Court's indulgence in accepting the attached motion 7 days out of time.

     3. The United States consents to this request.

     4. At this time, undersigned counsel expects to file her Motion to Dismiss, as scheduled, on November 21, 2006 and is not asking to change any other dates.

     5. Of course, should the United States need additional time to file its opposition, undersigned counsel will gladly consent -- and should the Court determine that a new scheduling order be issued (without moving the presently-set status date) undersigned counsel will be happy to obtain dates from the

government and file the new, proposed order.

**WHEREFORE**, the reasons stated herein, it is respectfully requested that the Court accept the attached motion for filing.

Respectfully submitted,

_____
Kathleen A. Dolan

```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA      :

       v.                     :     1:06cr00079
                                      (CKK)
RICARDO HENRY,                :

       Defendant.             :

- - - - - - - - - - - - - - -X
             CONSENT MOTION FOR LEAVE TO LATE-FILE
                     ONE WEEK OUT OF TIME
```

government and file an opposition.

WHEREFORE, the reasons stated herein, it is respectfully requested that this Court accept the attached motion for filing.

Respectfully submitted,

_____
Kathleen A. Dolan

UPON CONSIDERATION of defendant's Consent Motion for Leave to Late File, and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this ____ day of _____ hereby

ORDERED, that the motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED, that Defendant's Motion to Sever for Improper Joinder under Rules 8 and 14 be and hereby is deemed timely filed.

_____
Judge Kollar-Kotelley

2