```
               UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA      :

        v.                    :    1:06cr00079
                                   (CKK)
RICARDO HENRY,                :

        Defendant.            :
- - - - - - - - - - - - - - -X
```

## ORDER

**UPON CONSIDERATION** of defendant's Consent Motion for Leave to Late File, and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this ____ day of _____ hereby

**ORDERED,** that the motion be and the same hereby is **GRANTED;** and it is

**FURTHER ORDERED,** that Defendant's Motion to Sever for Improper Joinder under Rules 8 and 14 be and hereby is deemed timely filed.

_____
Judge Kollar-Kotelley