```
UNITED STATES OF AMERICA    :

            v.              :    1:06cr00079
                                 (CKK)
RICARDO HENRY,              :

            Defendant.      :
- - - - - - - - - - - - - -X
```

**ORDER**

**UPON CONSIDERATION** of defendant's Motion to Sever, the Government's opposition thereto and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this _____ day of _____ hereby

**ORDERED**, that the motion be and the same hereby is **GRANTED**; and it is

**FURTHER ORDERED,** that Counts 1 through 64 be and hereby are set for trial on _____; and it is

**FURTHER ORDERED,** that Counts 65 through 72 be and hereby are set for trial on _____.


_____
Judge Kollar-Kotelley