UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:06-00079-CKK |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **RICARDO HENRY,** | : | |
| | : | |
| Defendant | : | |

**GOVERNMENT'S UNOPPOSED MOTION
TO DISCLOSE A GRAND JURY MATTER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to disclose grand jury material.

Sentencing in this matter is scheduled for April 20, 2007.

At the plea hearing on December 12, 2006, the Court requested that the government submit a proposed order to release pertinent grand jury material to counsel for defendant as well as representatives of the Pretrial Services Agency. Accordingly, a proposed order is attached hereto.

WHEREFORE, the government respectfully requests permission to disclose grand jury material.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
D.C. Bar No. 498610

/S/ ATTORNEY'S TYPED SIGNATURE
Thomas E. Zeno
D.C. Bar No. 348623
Assistant United States Attorney
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530

/S/ ATTORNEY'S TYPED SIGNATURE
Glen Donath
D.C. Bar No. 460582
Assistant United States Attorney
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530