UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
        Plaintiff  :  CRIMINAL NO. 06-079
:  Judge Colleen Kollar-Kotelly
vs.  :
:
RICARDO HENRY  :
:
        Defendant  :

## ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for __RICARDO HENRY__, by no later than __FEBRUARY 26, 2007__; and it is

FURTHER ORDERED that the parties shall file Memorandum in Aid of Sentencing, by no later than __MARCH 19, 2007__; and it is

FURTHER ORDERED that the parties shall file any replies, by no later than __MARCH 26, 2007__; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on __APRIL 20, 2007 AT 9:30 A.M.__

IT IS SO ORDERED,

Date: _Dec. 14, 2006_          _____
                                              Colleen Kollar-Kotelly
                                              United States District Judge

cc: Chambers      Probation
    File               Thomas Zeno, AUSA
    Pretrial         Kathleen Dolan, Esq.      Laura Rhodes, Esq.