IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Criminal No. 06-079 (CKK) |
| : | |
| v. : | |
| : | |
| RICARDO HENRY, : | **FILED** |
| : | DEC 1 2 2006 |
| Defendant : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Statement of the Offense

Pursuant to Fed. R. Crim. P. 11, Ricardo Henry, agrees and stipulates as follows:

Medicaid is a jointly funded, Federal-State health insurance program for eligible low-income and needy people. It covers approximately 36 million individuals including children, the aged, blind, and/or disabled, and people who are eligible to receive federally assisted income maintenance programs. In the District of Columbia, the Department of Health Medical Assistance Administration ("MAA") administers the program. Accordingly, Medicaid was a "health care benefit program" as defined in 18 U.S.C. Section 24(b) because it was a public plan or contract, affecting commerce under which medical benefits, items, and services were provided to individuals.

Insight Therapeutic Services, Inc. ("Insight") was a Free Standing Mental Health Clinic which had its office at 733 15th Street, N.W., Suite 700, Washington, D.C. Pursuant to a provider agreement signed with MAA in 1999, Insight was permitted to submit claims to Medicaid through MAA for psychological services provided to adults and children. The corporate report of Insight listed Defendant Ricardo Henry as the President, Secretary and Treasurer of the company. Ricardo Henry also treated patients at Insight.

From November 1999 to June 2002, Insight submitted claims to MAA for which it received more than $500,000 in payments from MAA for psychological services allegedly provided by Insight. One of the patients Ricardo Henry treated at Insight was JM-083. On June 21, 2000, Ricardo Henry terminated the relationship with JM-083. Nonetheless, Ricardo Henry caused claims to be submitted to MAA through April 2001 as if JM-083 still was receiving treatment from him. Among the false claims which Ricardo Henry caused to be submitted was a claim that he treated JM-083 on April 5, 2001.

Date: 12-12-06

_____
Ricardo Henry
Defendant

Date: 12-12-06

_____
Kathleen Dolan
Attorney for Defendant Ricardo Henry