# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                                     )

        v.                        )         **Criminal No. 06-079 (CKK)**
                                     )

RICARDO HENRY,              )
        **Defendant**         )

**FILED**

**DEC 1 3 2006**

## LINE
### (NOTICE OF APPEARANCE)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO THE CLERK:

Please note the appearance of Laura Kelsey Rhodes and ALBRIGHT & RHODES, LLC, on behalf of the Defendant in the above-captioned case. The address and telephone number are noted below.

Respectfully submitted,

Laura Kelsey Rhodes
ALBRIGHT & RHODES, LLC
200-A Monroe Street, Suite 305
Rockville, Maryland 20850
(301) 424-0094
(301) 424-8732 fax
lkrhodes@albrightrhodes.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _12th_ day of _December_, 2006, a copy of the foregoing Notice of Appearance was hand-delivered, in open court, to:

LINE (NOTICE OF APPEARANCE)

LAW OFFICES
ALBRIGHT & RHODES, LLC
200-A MONROE STREET, SUITE 305
ROCKVILLE, MARYLAND 20850
301- 424-0094

Glen Donath, Esquire
Thomas Edwin Zeno, Esquire
Assistant United States Attorney
Office of the U.S. Attorney
555 4th Street, NW
Washington D.C. 20530

_____
Laura Kelsey Rhodes

LINE (NOTICE OF APPEARANCE)

LAW OFFICES
ALBRIGHT & RHODES, LLC
200-A MONROE STREET, SUITE 305
ROCKVILLE, MARYLAND 20850
301- 424-0094