UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:06-00079-CKK |
| v. : | |
| RICARDO HENRY, : | |
| Defendant : | |

### ORDER

This matter comes before the Court upon the government's unopposed motion to disclose grand jury material. The government seeks leave of the Court to present pertinent grand jury testimony to representatives of the Pretrial Services Agency, and also to disclose such testimony to counsel for defendant to review as possible evidence to present at the sentencing hearing. Under the authority of Fed. R. Crim. P. 6(e)(3)(E)(i), and based upon the entire record in the case, it is this 3rd day of January, 2007.

ORDERED that the government's motion is GRANTED and the government may disclose grand jury testimony to representatives of the Pretrial Services Agency and counsel for defendant in preparation for the upcoming sentencing hearing.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE