UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | Criminal No. 1:06-CR-00079-CKK |
| | : | |
| v. | : | |
| | : | |
| **RICARDO HENRY,** | : | |
| | : | |
| **Defendant** | : | |

GOVERNMENT'S NOTICE OF FILING
A LETTER WRITTEN BY GERALD A. GOLDSTEIN

The United States Attorney, by and through its attorney, the United States Attorney for the District of Columbia respectfully submits this Notice of filing a letter written by Gerald A. Goldstein.

Attached is a letter written by Gerald A. Goldstein, a former Senior Special Agent of the Office of the District of Columbia Inspector General. In the letter Mr. Goldstein recounts the circumstances under which his two adult daughters and elderly mother received phone calls while Mr. Goldstein was investigating the defendant's fraudulent conduct. Mr. Goldstein describes how one of the phone calls affected his mother, and he also attaches notes about another phone call which were written by one of his daughters. Mr. Goldstein prepared his letter after learning that he could write to the Court if he wished to do so. The attached letter and notes

are redacted. The government has provided an unredacted copy to counsel and the PreSentence Report writer. The government will provide an unredacted copy to the Court's chambers as well.

        Respectfully submitted,

        Jeffrey A. Taylor
        Interim United States Attorney
        D.C. Bar. 498610

        /s/ Typed Attorney's Signature
BY:  THOMAS E. ZENO
        Assistant United States Attorney
        D.C. Bar. No. 348623
        Fraud & Public Corruption Section
        555 4th St., N.W.
        Washington, D.C. 20530
        (202) 514-6957

        /s/ Typed Attorney's Signature
BY:  GLEN DONATH
        Assistant United States Attorney
        D.C. Bar No. 460582
        Fraud & Public Corruption Section
        555 4th St., N.W.
        Washington, D.C. 20530
        (202) 514-9555