January 22, 2007

To Whom It may Concern:

I was a Senior Special Agent for the Office of the District of Columbia Inspector General and during the late summer of 2002 I was investigating Dr. Ricardo Henry, someone I suspected of committing fraud against the District's Medicaid Program.

On or about August 31, 2002 in the early evening my daughter, ▬▬▬ called me at home to say she had just received a telephone call at her home from a man who identified himself as an investigator with the United States Department of Justice. This man told her he was investigating Jerry Goldstein for taking bribes and abusing his authority. He asked my daughter if he could come to her home and interview her regarding these charges. ▬▬▬ reported to this caller that she was not feeling well and was in bed. The caller said to her that if he couldn't interview her then the investigation would be referred to the Federal Bureau of Investigation. He told her he hoped she felt better and ended his call to her.

I asked ▬▬▬ if this caller had a foreign accent to which she replied, "Yes, it sounded Caribbean. I also asked her if she had received any calls since this conversation to which she said no. I told her when she hangs up the phone from our conversation to immediately pick the received back up and dial *57, wait for the confirmation, hang up and then to call Baltimore County Police.

Before ▬▬▬ and I hung up I received a "Call Waiting" signal indicating another telephone call was coming in to my phone. I hung up with ▬▬▬ and answered the new call. The new caller was my other daughter, ▬▬▬ who reported to me that she just received a telephone call from a man who identified himself as a special agent from the Justice Department and told her he was investigating Jerry Goldstein for bribery and corruption and asked her if she could meet with him and be interviewed. ▬▬▬ asked him for his telephone number to call him back as she was busy at that moment. This caller told her that he would just turn over the investigation to the FBI. I told ▬▬▬ to dial *57 as soon as she hung up and then to call the police (please see ▬▬▬'s notation).

The following Wednesday evening, September 4, 2002 my 81year old mother called me in uncontrollably sobbing. She told me that she just received a telephone call from someone who identified himself as being an agent of the Justice Department and told her he was investigating Jerry Goldstein for taking bribes and corruption. She replied he must have her son mixed up with someone else because her Jerry was too 'straight" to do any of those things. He then told her he was investigating the Jerry Goldstein that used to be a homicide detective with the Baltimore City Police Department. At that my mother became hysterical and told this caller that she thought she was having a heart attack. At this, the caller told her that he didn't mean to upset her and ended the call. I told my mother to hang up, immediately dial *57 and then to hang up and call the Baltimore County Police.

The next work day I reported these telephone calls to my supervisor.



Gerald Alan Goldstein