Labor Day Saturday, approximately 8:40 p.m.

The phone rang and the caller-id noted that the call was from a private name, private number. Assuming that it was my Father (the only person I know who has a number show up that way), I answered the phone. The caller was a male, foreign voice that asked for Mr. Goldstein. I thought perhaps it was someone who assumed that my husband's name was Goldstein, so I said, "He's not here right now – can I take a message?"

The caller said that he was Agent (I forgot his name) from the Department of Justice calling to ask about Jerry Goldstein and asked what my relationship was to him. I indicated that he was my Father and asked what this was in reference to.

The caller indicated that he had some questions and would like to talk to me. I pulled the phone away to confirm that it said private name and private number and replied back that it wasn't a good time and asked if he could give me his name and number and I'd call him right back. He responded with something I can't recall and with that I replied, "I rather surprised that you're calling me at quarter to nine on a Saturday night." He said, "Yes, I know and to alleviate any concerns you might have, we'd like to send someone to your home on Tuesday."

With that, I asked him to hold on and I extended my arm all the way out and whispered about 6 feet away to my husband, quickly telling him I thought it was a prank call and to please take the phone and talk to the person.

When my husband, ▓ got on the phone and said hello, the person had hung up. (▓ believes they hung up before he said anything.)

I called Dad on his home number – he didn't answer. I then called him on his cell phone, which was turned off. Assuming that if my dad were out, he'd have his phone on, I decided to phone him again at home. He answered this time and I started the conversation by saying, "Dad, I just got a really weird call and I don't know if it was a prank or not." He indicated that he was on the phone with my sister and that she had just received a call as well.

He instructed both me and my sister to hang up, dial *57 and then to contact the police departments of our respective counties to register a complaint. The dispatcher took my information over the phone and ended the call by saying that they would send someone out to our house. Shortly before midnight, the officer showed up at the house.