UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | CRIMINAL NO. 06-079 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| | : | |
| RICARDO HENRY | : | |
| | : | |
| Defendant | : | |

CONSENT MOTION TO CHANGE FILING DATES
REGARDING SENTENCE MATTERS

The parties, by consent, hereby move this Honorable Court to permit them to file Memorandum in Aid of Sentencing by April 6, 2007, and any replies by April 13, 2007. As grounds for this motion, the parties state as follows:

1. On December 14, 2006 this Court ordered that the Probation Department prepare a Pretrial Service Report by February 26, 2007.

2. As of the morning of March 16, 2007, the parties have yet to received the Pretrial Service Report.

3. In light of the delay, the parties are requesting more time to prepare the Memorandum in Aid of Sentencing and subsequent replies.

4. The parties have agreed to the following deadlines:

    April 6, 2007           Memorandum in Aid of Sentencing

    April 13, 2007          Replies to Memoranda

WHEREFORE, the parties hereby request that the new deadlines be as listed above and in the attached proposed order.

Respectfully submitted,

_____
Laura Kelsey Rhodes
Albright & Rhodes, LLC
DC Bar No. 423-338
200-A Monroe Street, Suite 305
Rockville, MD 20850
Phone: (301) 424-0094
Fax:    (301) 424-8732
lkrhodes@albrightrhodes.com
Counsel For Mr. Henry


_____
Kathleen Anne Dolan
Kennedy & Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910
Phone: (301) 608-3000
Fax:    (301) 608-3007
Jfkdc@aol.com
Counsel For Mr. Henry


_____
Thomas Edwin Zeno
Glen Donath
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Suite 5423
Washington, D.C. 20530
Phone: (202) 514-6957
Fax:    (202) 307-2304
thomas.zeno@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and accurate copy of the foregoing consent motion was sent to the parties, electronically via ECF on this ___ day of March, 2007.

                                                    _____
                                                  Laura Kelsey Rhodes

Case 1:06-cr-00079-CKK   Document 31   Filed 03/19/2007   Page 3 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CRIMINAL NO. 06-079 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| RICARDO HENRY | : | |
| | : | |
| Defendant | : | |

## ORDER

That the parties shall file Memorandum in Aid of Sentencing, by no later than <u>APRIL 6, 2007</u>; and it is

FURTHER ORDERED that the parties shall file any replies, by no later than <u>APRIL 13, 2007</u>; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on <u>APRIL 20, 2007 AT 9:30 A.M.</u>

IT IS SO ORDERED

Date:_____         _____
                                             Colleen Kollar-Kotelly
                                             United States District Judge

cc: Chambers          Probation
    File              Thomas Zeno, AUSA        Glen Donath, AUSA
    Pretrial          Kathleen Dolan, Esq.     Laura Kelsey Rhodes, Esq.