

U.S. Department of Health & Human Services • National Institutes of Health

**National Heart Lung and Blood Institute**
**Diseases and Conditions Index**

Tell us what you think about this site

**Search**

Enter keywords to search this site.
(Click here for Search Tips)

| NIH Home | NHLBI Home | About this Site |

DCI Home: Blood Diseases: Sickle Cell Anemia: Printer Friendly Summary Page

**Sickle Cell Anemia**

**What Is Sickle Cell Anemia?**

Sickle cell anemia is a serious disease in which the body makes abnormally shaped red blood cells. Normal red blood cells are smooth and round like a doughnut without a hole. They move easily through blood vessels to carry oxygen to all parts of the body. In sickle cell anemia, the body produces red blood cells that are shaped like a sickle (or crescent). These "sickle cells" are hard and sticky and they don't move easily through blood vessels. They tend to get stuck and block the flow of blood to the limbs and organs. This can cause pain, organ damage, and a low blood count (anemia).

Sickle cell anemia is an inherited (genetic) disorder. People who have sickle cell anemia are born with it. It is a lifelong disease.



The sickle-shaped red blood cells tend to get stuck in blood vessels, blocking the flow of blood.

Sickle cell anemia affects millions of people. Effective treatments exist for the symptoms and complications of the disease, but in most cases there is no cure. (Some researchers believe that bone marrow transplantation may offer a cure in a small percentage of cases.) Over the past 30 years, doctors have learned a great deal about the disease. They know what causes it, how it affects your body, and how to treat many of the complications. Today, with good health care, many people with the disease:

- Are in reasonably good health much of the time
- Live fairly normal lives
- Live 40 to 50 years or more

**Anemia**

Anemia is the term for having a shortage of red blood cells in your blood. In sickle cell anemia, this shortage of red blood cells occurs because sickle cells do not last very long. Red blood cells are produced in the spongy marrow inside the large bones of the body. The bone marrow constantly makes new red blood cells to replace old ones. Normal red blood cells last about 120 days in the bloodstream and then die. Sickle cells die much faster, usually after only about 10 to 20 days. The bone marrow can't make new red blood cells fast enough to replace the dying ones, so anemia (low level of red blood cells) results.

**Sickle Cell *Trait* Versus *Anemia***

The condition called *sickle cell trait* is different from *sickle cell anemia*. A person with sickle cell trait does not have the disease but carries the gene that causes the disease. People with sickle cell trait can pass the gene on when they have children. For more information on sickle cell trait, see the section on What Causes Sickle Cell Anemia.

---

**Other Names for Sickle Cell Anemia**

- Hemoglobin SS Disease

---

**What Causes Sickle Cell Anemia?**

**Sickle Cell Anemia**

Sickle cell anemia is a genetic disease. People with sickle cell anemia inherit two copies of the sickle cell gene, one from each parent.

The sickle cell gene tells the body to make a variant (different than normal) form of a protein called hemoglobin (HEE-muh-glow-bin). Hemoglobin is the protein inside red blood cells that carries oxygen to all parts of the body and gives blood its red color. The variant hemoglobin is what causes the red blood cells to become hard and curved like a sickle. It takes two copies of the sickle cell gene for the body to make the variant hemoglobin.

**Sickle Cell Trait**

Children who inherit only one copy of the sickle cell gene (from one parent) will not have sickle cell *anemia*. They will have sickle cell *trait*.

People with sickle cell trait:

- Generally have no symptoms
- Live normal lives
- Can pass the sickle cell gene on to their children

When two people with sickle cell trait have a baby, there is a:

- One in four chance (25 percent) the baby will inherit two sickle cell genes and have the disease.
- One in four chance (25 percent) the baby will inherit two normal genes and not have the disease or trait.
- Two in four chance (50 percent) the baby will inherit one normal gene and one sickle cell gene. The baby will not have the disease but will have sickle cell trait like the parents.

Inheriting Sickle Cell Genes



The presence of two sickle cell genes (SS) is needed for sickle cell anemia. If each parent carries one sickle hemoglobin gene (S) and one normal hemoglobin gene (A), with each pregnancy, there is a 25 percent chance of the child's inheriting two SS genes and having sickle cell anemia; a 25 percent chance of inheriting two AA genes and not having the disease or being a carrier; and a 50 percent chance of being an unaffected carrier (AS) like the parents.

---

**Who Is At Risk for Sickle Cell Anemia?**

Sickle cell anemia affects millions of people throughout the world. It is common in people whose families come from any of these areas of the world:

- Parts of Africa (the region south of the Sahara Desert)
- Spanish-speaking areas, such as South America, Cuba, and Central America
- Saudi Arabia
- India
- Mediterranean countries, such as Turkey, Greece, and Italy

In the United States, sickle cell anemia affects about 72,000 people. The families of most Americans who are affected come from Africa. In the United States, the disease occurs in about:

- One in every 600 African-American births
- One in every 1,000—1,400 Hispanic-American births

About 2 million Americans have sickle cell trait. About 1 in 12 African Americans has sickle cell trait.

---

**What Are the Signs and Symptoms of Sickle Cell Anemia?**

The signs and symptoms of sickle cell anemia are different in each person. Some people have mild symptoms. Others have very severe symptoms and are often hospitalized for treatment.

The most common signs or symptoms are related to:

- Anemia
- Pain when sickle-shaped red blood cells block the flow of blood to an organ
- Other more specific symptoms

The general signs or symptoms of anemia are:

- Fatigue (feeling very tired)
- Paleness
- Jaundice (yellowing of the skin and eyes)
- Shortness of breath

Pain is the symptom of sickle cell anemia that most people know. In both children and adults, pain may result from blocked flow of blood and oxygen. Painful events may occur in any body organ or joint. Some patients have these painful crises less than once a year. Others may have 15 or more crises in a year. The pain can be acute (sudden), chronic (long lasting), or a mixture of the two.

- Acute pain is the most common type of pain. This is sudden pain that can range from a mild ache to very severe pain. The pain usually lasts from hours to a few days. With complications or poor treatment, the pain can last for weeks.
- Chronic pain usually lasts 3 to 6 months or longer. Chronic pain can be hard to bear and mentally draining. This pain may severely limit daily activities.
- Mixed pain is a combination of both acute and chronic pain.

Other complications of sickle cell anemia include:

- Hand-foot syndrome. When the small blood vessels in hands or feet are blocked by sickle cells, pain and swelling can occur, along with fever. One or both hands and/or feet may be affected at the same time. This may be the first symptom of sickle cell anemia in infants. Pain may be felt in the many bones of the hands and feet. Swelling usually occurs on the back of the hands and feet and moves into the fingers and toes.
- Eye problems. The retina, a thin layer of tissue at the back of the eye, receives and processes visual images. When the retina does not get enough blood, it can weaken and cause problems. These problems can be serious enough to cause blindness.
- Infections. Both children and adults with sickle cell anemia have a hard time fighting infections. The spleen is an organ in your body that helps fight infection. In sickle cell anemia, the spleen can become damaged and unable to do its job. Infants and young children with a damaged spleen are more likely to get infections that can kill them within hours or days. Pneumonia is the most common cause of death in young children with sickle cell anemia. Meningitis, influenza, and hepatitis are other infections that are common in people with sickle cell anemia.
- Acute chest syndrome. This is a life-threatening problem of sickle cell anemia. This syndrome is similar to pneumonia. It is caused by infection or by sickle cells trapped in the lungs. Patients usually have chest pain, fever, and an abnormal chest x ray.
- Delayed growth and puberty in children. Children with sickle cell anemia often grow more slowly and reach puberty later than other children. The slow rate of growth is caused by a shortage of red blood cells (anemia). Adults with sickle cell anemia often are slender or small in size.
- Sores (ulcers) on the legs. Sickle cell ulcers usually begin as small, raised, crusting sores on the lower third of the leg. Leg sores occur more often in males than in females and usually appear between ages 10 and 50. The cause of leg ulcers is unclear. There can be just one ulcer or many. Some heal rapidly, but others persist for years or come back after healing.
- Stroke. The sickle-shaped red blood cells may stick to the walls of the tiny blood vessels in the brain. This can cause a stroke. This type of stroke occurs mainly in children. The stroke can cause learning disabilities or more severe problems.



- Gallstones. Gallstones form in the gallbladder when there is too much bilirubin in the body. Bilirubin is made when red blood cells break down. People with gallstones may have steady pain that lasts for 30 minutes or more in the upper right side of the belly, under the right shoulder, or between the shoulder blades. The pain may occur after eating fatty meals. The patient may have nausea, vomiting, fever, sweating, chills, clay-colored stool, and yellowish color of the skin or whites of the eyes.
- Priapism. Males with sickle cell anemia may have painful and unwanted erections called priapism. This happens because the sickle cells stop blood flow out of an erect penis.

## How Is Sickle Cell Anemia Diagnosed?

Forty-four States, the District of Columbia, Puerto Rico, and the Virgin Islands currently test all newborns for sickle cell anemia. This testing is available by request in the other six States. The test can show if the newborn infant has sickle cell anemia or carries the sickle cell trait. The test uses blood from the same blood samples as other routine newborn screening tests. If the first test shows that the sickle-shaped hemoglobin is present, a second blood test is done to confirm the diagnosis.

Early diagnosis of sickle cell anemia is very important so that children who have the disease can get proper treatment.

It is also possible to identify sickle cell anemia before birth. This is done by getting a sample of amniotic fluid or tissue taken from the placenta. This test can be done as early as the first few months of pregnancy.

## How Is Sickle Cell Anemia Treated?

Effective treatments exist for the symptoms and complications of sickle cell anemia, but in most cases there is no cure. Some researchers believe that bone marrow transplantation may offer a cure in a small percentage of cases. Researchers are working on developing new treatments for sickle cell anemia, including gene therapy and more safe and effective bone marrow transplants.

People with sickle cell anemia need regular medical care. Some doctors and clinics specialize in treating people with the disease.

The goals of treating sickle cell anemia are to relieve pain, prevent infections, and control complications if they occur. The treatments include:

- Medicines
- Blood transfusions
- Specific treatment for complications

## Treating Pain

Painful crises are the leading cause of emergency room visits and hospitalizations of people with sickle cell anemia. The usual treatments for acute pain crises are pain-killing medicines and fluids, either by mouth or through a vein, to prevent dehydration. The pain-killing medicines most often used are:

- Acetaminophen
- Nonsteroidal anti-inflammatory drugs (NSAIDs)
- Opioids, such as morphine, oxycodone, hydrocodone, and others

The treatment of patients with mild-to-moderate pain usually begins with NSAIDs or acetaminophen. If pain continues, an opioid may be added. Moderate-to-severe pain is treated with opioids. The opioid may be used alone or together with NSAIDs or acetaminophen.

In adult patients with severe sickle cell anemia, doctors may give a medicine called hydroxyurea to reduce the frequency of painful crises. This medicine is used only to prevent these crises, not to treat them when they occur. Given daily, it can reduce the frequency of painful crises and of acute chest syndrome. Patients taking the medicine may also need fewer blood transfusions. Patients taking hydroxyurea must be monitored carefully because the medicine can cause serious side effects, including an increased risk of dangerous infections. Because of the risks of the medicine, it is usually only used in adults with severe complications of sickle cell anemia. It is not approved for use in children.

## Preventing Infections

Infection is a major complication of sickle cell anemia. In fact, pneumonia is the leading cause of death in children with the disease. Other infections common in people with the disease include meningitis, influenza, and hepatitis.

To prevent infections in babies and young children, treatments include:

- Daily doses of penicillin. Treatment may begin as early as 2 months of age and continue until the child is at least 5 years old.
- Vaccinations for pneumonia, meningitis, influenza, and hepatitis.

Children with sickle cell anemia should have a flu shot each year. If a child with sickle cell anemia shows early signs of an infection, such as fever, it is very important to get treatment right away.

Adults with sickle cell anemia should also have a flu shot every year. In addition, they should be vaccinated for pneumonia.

## Preventing Eye Damage

Children may develop damage to the blood vessels in the back of their eyes. Parents should ask the child's doctor about regular checkups with an eye doctor who specializes in diseases of the retina. The retina is a thin layer of tissue inside the back of the eye.

## Blood Transfusions

Blood transfusions are used to treat worsening anemia and sickle cell complications. A sudden worsening of anemia resulting from infection or enlargement of the spleen is a common reason for a transfusion. Some, but not all, patients need transfusions to prevent life-threatening events such as stroke or pneumonia.

## Treating Complications

Acute chest syndrome is a frequent cause of death in children and adults with sickle cell anemia. Treatment usually requires hospitalization and may include oxygen therapy, transfusions, antibiotics, and pain medicine.

Hand-foot syndrome is an early complication seen in sickle cell anemia. The syndrome may start at less than 1 year of age. Treatment includes the use of pain medicine and fluids.

Leg ulcers may be treated with cleansing solutions and medicated creams or ointments. Skin grafts may be needed if the condition continues. Leg ulcers can be painful, and patients may be given strong pain medicine. Bed rest and keeping the leg raised to reduce swelling are useful, although not always possible.

## Regular Health Care for Children

Children with sickle cell anemia should get regular health care, just like children without the disease. They need to have their growth checked and to get the usual shots that all children receive.

Before age 2, children with sickle cell anemia should see the doctor every 2 or 3 months. After age 2, children should see the doctor at least every 6 months. These visits are good chances for parents to talk with their child's health care provider and ask questions about the child's care.

Penicillin is generally given to all children with sickle cell anemia until age 5. Many patients are prescribed a vitamin called folic acid (folate) to help prevent some of the complications of sickle cell anemia.

**New Treatments**

Today, research on sickle cell anemia is looking at new medicines, bone marrow transplants, and gene therapy. The hope is that these studies can provide new treatments and find a possible cure for sickle cell anemia. Researchers are also looking for a way to predict the severity of the disease.

Bone marrow transplant can be a very effective treatment for sickle cell anemia, but, because of its risks, only some patients can or should have this procedure. The bone marrow transplant procedure carries the risk of serious complications and even death. It is usually reserved for younger patients with severe disease, but the decisions are made on a case-by-case basis. It requires a donation of bone marrow from a closely matched donor, usually a close family member, who does not have the disease.

---

**Living With Sickle Cell Anemia**

If you have sickle cell anemia, it is important to take good care of yourself and see your doctor regularly.

Things you need to do to take care of your health include:

- Maintain a healthy diet. Your doctor may also give you a vitamin (folic acid) to take every day to help your body make new red blood cells.
- Drink adequate water every day.
- Get enough sleep and rest.
- See your doctor regularly for checkups and treatment.
- Get a flu shot and other vaccinations to prevent infections.
- See your dentist regularly to prevent loss of teeth and infections.
- Educate yourself about your disease and learn what signs of problems to watch out for.
- Avoid overexertion, stress, and extremes of heat or cold.

**Caring for a Child With Sickle Cell Anemia**

If your child has sickle cell anemia, you should learn as much about the disease as possible. This will help you recognize early signs of problems, such as fever or chest pain, and seek early treatment. Sickle cell centers and clinics can provide information and counseling to help you handle the stresses of coping with this serious chronic disease.

Make sure that your child gets daily penicillin up to age 5 to prevent serious infections. Children should also have a flu shot every year and a vaccination against pneumonia. Keep a thermometer on hand, and know how to use it. Call a doctor if your child has a temperature above 101 degrees Fahrenheit (38.5 degrees Celsius). Talk to your child's doctor about your child's treatment and the best ways to help keep your child as healthy as possible.

School-aged children should participate in physical education. Teachers should allow children with sickle cell anemia to rest if they tire and to drink fluids after exercise. Children and teenagers may also play competitive sports. Coaches should watch for signs of fatigue and allow the athlete to rest.

**Education and Job Training**

If you have sickle cell anemia, it is important that you complete your education. You should not seek jobs that require strenuous work, long work hours, or exposure to extreme temperatures.

**Genetic Counseling**

People who are planning to have children should find out if they have sickle cell trait (which means they carry the sickle cell gene). If both parents have sickle cell trait, they should get genetic counseling. The counselor can tell what the chances are that their child will have sickle cell trait or sickle cell anemia. Accurate diagnostic tests and information are available from health departments, neighborhood health centers, medical centers, and clinics that care for people with sickle cell anemia.

With good health care, many people with sickle cell anemia are in reasonably good health much of the time and can live productive lives. People with sickle cell anemia are living longer today than in the past. Many patients with sickle cell anemia now live into their forties, fifties, and beyond.

**Key Points**

- Sickle cell anemia is a disease in which the body produces red blood cells that are abnormally shaped. These sickle-shaped cells can get stuck in the blood vessels, blocking the flow of blood to the limbs and organs.
- Sickle cell anemia is an inherited blood disease. That means people who have sickle cell anemia are born with it and it is a lifelong disease.
- People with sickle cell anemia inherit two variant or sickle cell genes, one from each parent.
- In the United States, sickle cell anemia affects about 72,000 people. The families of most of the people affected come from Africa.
- About 2 million Americans carry only one copy of the sickle cell gene. This is called sickle cell *trait*. About 1 in 12 African Americans has sickle cell trait.
- The signs and symptoms of sickle cell anemia are different in each person. Some people have mild symptoms. Others have very severe symptoms and are often hospitalized for treatment.
- Painful crises are the leading cause of emergency room visits and hospitalizations for sickle cell anemia.
- Infection is a major complication of sickle cell anemia. In fact, pneumonia is the leading cause of death in children with the disease.
- Screening tests for sickle cell anemia and trait are done on newborn infants in most States.
- Effective treatments exist for the symptoms and complications of sickle cell anemia, but in most cases there is no cure. Some researchers believe that bone marrow transplantation may offer a cure in a small percentage of cases. Researchers are working on developing new treatments for sickle cell anemia, including gene therapy and more safe and effective bone marrow transplants.
- The goals of treatment are to relieve pain, prevent infections, and control complications if they occur. The treatments include medicines, blood transfusions, and specific treatment for complications.
- If you have sickle cell anemia, it is important to take good care of yourself and see your doctor regularly.
- If your child has sickle cell anemia, you should learn as much about the disease as possible. This will help you recognize early signs of problems, such as fever or chest pain, and seek early treatment.

**Links to Other Information About Sickle Cell Anemia**

**NHLBI Resources**

- Anemia (Diseases and Conditions Index)

**Non-NHLBI Resources**

- Sickle Cell Anemia (MedlinePlus)
- The Sickle Cell Information Center

**Clinical Trials**

- Current Research (ClinicalTrials.gov)
- Patient Recruitment for Studies Conducted by NHLBI, NIH

 DEPARTMENT OF HEALTH AND HUMAN SERVICES     NATIONAL INSTITUTES OF HEALTH     NATIONAL HEART LUNG AND BLOOD INSTITUTE

Blood Diseases | Heart and Blood Vessel Diseases | Lung Diseases | Sleep Disorders
NHLBI Privacy Statement | NHLBI Accessibility Policy
NIH Home | NHLBI Home | DCI Home | About DCI | Search
About NHLBI | Contact NHLBI

Note to users of screen readers and other assistive technologies: please report your problems here.



## MayoClinic.com
**Tools for healthier lives**

**Original Article:** http://www.mayoclinic.com/health/sickle-cell-anemia/DS00324

# Sickle cell anemia

## Introduction

Sickle cell anemia is an inherited form of anemia — a condition in which there aren't enough healthy red blood cells to carry oxygen throughout your body.

Under normal circumstances, your red blood cells are flexible and round, and they move easily through your blood vessels to carry oxygen to all parts of your body. In people with sickle cell anemia, the red blood cells become rigid and sticky and are shaped like sickles or crescent moons.

These irregular-shaped blood cells die prematurely, resulting in a chronic shortage of red blood cells. Plus, they can get stuck when traveling through small blood vessels, which can slow or block blood flow and oxygen to certain parts of the body. This produces pain and can lead to the serious complications of sickle cell anemia.

There's no cure for most people with sickle cell anemia. However, treatments can relieve pain and prevent further problems associated with sickle cell anemia.

## Signs and symptoms

People with sickle cell trait have one gene for the disease. They don't develop the disease and usually have no signs and symptoms. Approximately one in 12 black Americans has sickle cell trait.

People with sickle cell anemia have two genes for the disease — one from each parent. They usually show some signs and symptoms after 4 months of age. Some people with sickle cell anemia have few symptoms. For others, the disease is more severe and they may require repeated hospitalizations.

Signs and symptoms of sickle cell anemia include:

- **Anemia.** Sickle cells are fragile. They break apart easily and die, leaving you chronically short on red blood cells to carry oxygen to your tissues — a condition known as anemia. Without enough red blood cells in circulation, your body can't get the oxygen it needs to feel energized. That's why anemia causes fatigue.

- **Episodes of pain.** Periodic episodes of pain, called crises, are a major symptom

of sickle cell anemia. Pain develops when sickle-shaped red blood cells block blood flow through tiny blood vessels to your chest, abdomen and joints. Pain can also occur in your bones. The pain may vary in intensity and can last for a few hours to a few weeks. Some people experience only a few episodes of pain. Others experience a dozen or more crises a year. If a crisis is severe enough, you may need hospitalization so that painkillers can be injected into your veins (intravenously).

- **Hand-foot syndrome.** Swollen hands and feet are often the first signs of sickle cell anemia in babies. The swelling is caused by sickle-shaped red blood cells blocking blood flow out of the hands and feet.

- **Jaundice.** Jaundice is a yellowing of the skin and eyes that occurs because of liver damage or dysfunction. Occasionally, people who have sickle cell anemia have some degree of jaundice because the liver, which filters harmful substances from the blood, is overwhelmed by the rapid breakdown of red blood cells. In people with dark skin, jaundice is visible mostly as yellowing of the whites of their eyes.

- **Frequent infections.** Sickle cells can damage your spleen, an organ that fights infection. This may make you more vulnerable to infections. Doctors commonly give infants and children with sickle cell anemia antibiotics to prevent potentially life-threatening infections, such as pneumonia.

- **Stunted growth.** Red blood cells provide your body with the oxygen and nutrients you need for growth. A shortage of healthy red blood cells can slow growth in infants and children and delay puberty in teenagers.

- **Vision problems.** Some people with sickle cell anemia experience vision problems. Tiny blood vessels that supply your eyes may become plugged with sickle cells. This can damage the retina — the portion of each eye that processes visual images.

## Causes

**CLICK TO ENLARGE**

Sickle cell anemia

Autosomal recessive inheritance pattern

Sickle cell anemia is caused by a mistake in the gene that tells your body to make hemoglobin — the red, iron-rich compound that gives blood its red color. Hemoglobin is a component of every red blood cell in your body. It allows red blood cells to carry

oxygen from your lungs to all parts of your body, and to carry carbon dioxide waste from other parts of your body to your lungs so that it can be exhaled.

Under normal circumstances, your body makes healthy hemoglobin known as hemoglobin A. People with sickle cell anemia make hemoglobin S — the S stands for sickle.

The sickle cell gene is passed from generation to generation in a pattern of inheritance called autosomal recessive inheritance. This means that both the mother and the father must pass on the defective form of the gene for a child to be affected. Most often, sickle cell disease is passed down the family tree by parents who have sickle cell trait.

People with sickle cell trait have one normal hemoglobin gene and one defective form of the gene. So their bodies make both normal hemoglobin and sickle cell hemoglobin. Their blood may contain some sickle cells, but they usually don't experience symptoms unless they're in an area with low oxygen — such as at high altitudes on an airplane or on a mountain. However, they are carriers of the disease, which means they can pass the defective gene on to their children.

Two carriers have a 25 percent chance of having an unaffected child with normal hemoglobin, a 50 percent chance of having a child who also is a carrier, and a 25 percent chance of having a child with sickle cell anemia. These chances are the same in each pregnancy.

### Evolution of a defective gene
Researchers believe the defective hemoglobin gene that causes sickle cell anemia evolved many years ago, among people living in parts of Africa, the Mediterranean, the Middle East and India. At that time, malaria epidemics killed many people in those regions.

But some people in those regions had a genetic mutation that caused some of their red blood cells to change shape — a condition now known as sickle cell trait. The sickle cells actually interfered with the growth of the parasite that causes malaria. So people with sickle cell trait often survived malaria outbreaks.

Over time, these survivors migrated and continued on with their lives. In some cases, two people with the sickle cell trait had children. And some of their children inherited two copies of the mutated gene, which results in sickle cell anemia. Today, millions of people all over the world have sickle cell anemia.

### How defective hemoglobin causes anemia
Red blood cells with normal hemoglobin are smooth and round and glide through blood vessels. Red blood cells with defective hemoglobin may become hard, sticky and shaped like a sickle used to cut wheat. These crescent-shaped cells can get stuck in small blood vessels, blocking blood flow and causing episodes of pain and damage to organs.

Your bone marrow — the red, spongy material found within the cavities of many of your large bones — regularly produces red blood cells. Bone marrow also produces white blood cells to fight infections and platelets to help blood clot. These two types of blood cells aren't directly involved in sickle cell anemia.

Once red blood cells leave your bone marrow, they normally live for about 120 days before they die and need to be replaced. However, sickle cells die after only 10 to 20 days. So, it's difficult for your body to produce enough replacements. The result is a chronic shortage of red blood cells, known as anemia.

## Risk factors

The risk of inheriting sickle cell anemia really comes down to genetics. For a baby to be born with sickle cell anemia, both parents have to carry the sickle cell gene.

The gene is particularly common among people with African, Spanish, Mediterranean, Middle Eastern and Indian ancestry. In the United States, it most commonly affects blacks and Hispanics.

## Screening and diagnosis

A blood test can check for hemoglobin S — the defective form of hemoglobin that underlies sickle cell anemia. In most states in the United States, this blood test is part of routine newborn screening done at the hospital. But older children and adults can be tested too.

In adults, a blood sample is drawn from a vein in the arm. In young children and babies, the blood sample is usually collected from a finger or heel. The sample is then sent to a laboratory, where a technician can screen for hemoglobin S.

If the screening test is negative, there is no sickle cell gene present. If the screening test is positive, the technician will conduct further tests to determine whether one or two sickle cell genes are present. People who have one gene — sickle cell trait — have a fairly small percentage of hemoglobin S. People with two genes — sickle cell disease — have a much larger percentage of the defective hemoglobin.

### Additional steps
To confirm any diagnosis, a sample of blood is examined under a microscope to check for large numbers of sickle cells — a marker of the disease. If you or your child has the disease, a blood test to check for anemia — a low red blood cell count — will be done.

If you or your child has sickle cell anemia, you'll likely be referred to a doctor who specializes in blood-related diseases (hematologist). And your doctor may suggest additional tests to check for possible complications of the disease. If you or your child carries the sickle cell gene, you may be referred to a genetic counselor — an expert in genetic diseases.

It's possible to detect sickle cell anemia in an unborn baby by sampling some of the fluid surrounding the baby in the mother's womb (amniotic fluid). A test can determine whether an unborn baby has sickle cell anemia or carries the sickle cell gene (sickle cell trait).

## Complications

Sickle cell anemia can lead to a host of complications, including:

- **Stroke.** A stroke can occur if sickle cells block blood flow to an area of your brain. Stroke is one of the most serious complications of the disease. Signs of stroke include seizures, weakness or numbness of your arms and legs, sudden speech difficulties, and loss of consciousness. If your baby or child has any of these signs and symptoms, seek medical treatment immediately. A stroke can be fatal.

- **Acute chest syndrome.** This life-threatening complication of sickle cell anemia causes chest pain, fever and difficulty breathing. Acute chest syndrome is similar to pneumonia, but is caused by a lung infection or trapped sickle cells in the blood vessels of your lungs. It requires emergency medical treatment with antibiotics, blood transfusions and drugs that open up airways in your lungs. Recurrent attacks can damage your lungs.

- **Organ damage.** Sickle cells can block blood flow through blood vessels, immediately depriving an organ of blood and oxygen. In sickle cell anemia, blood is also chronically low on oxygen. Chronic deprivation of oxygen-rich blood can damage nerves and organs in your body, including your kidneys, liver and spleen. Organ damage can be fatal.

- **Blindness.** Tiny blood vessels that supply your eyes can get plugged with sickle cells. Over time, this can damage the retina — the portion of each eye that processes visual images — and lead to blindness.

- **Other complications.** Sickle cell anemia can cause open sores, called **ulcers**, on your legs. Sickle cells can block blood vessels that nourish your skin, causing skin cells to die. Once skin is damaged, sores can develop.

  **Gallstones** also are a possible complication. The breakdown of red blood cells produces a substance called bilirubin. Bilirubin is responsible for yellowing of the skin and eyes (jaundice) in people with sickle cell anemia. A high level of bilirubin in your body can also lead to gallstones.

  Men with sickle cell anemia may experience painful erections, a condition called **priapism**. Sickle cells can prevent blood flow out of an erect penis. Over time, priapism can damage the penis and lead to **impotence** in men with sickle cell anemia.

## Treatment

Bone marrow transplant offers the only potential cure for sickle cell anemia. But very few people have a suitable donor for transplant.

As a result, treatment for sickle cell anemia is usually aimed at avoiding crises, relieving symptoms and preventing complications. If you have sickle cell anemia, you'll need to make regular visits to your doctor to check your red blood cell count and monitor your health. You may also require treatment from specialists at a hospital or sickle cell anemia clinic. Treatments may include medications to reduce pain and prevent complications, blood transfusions and supplemental oxygen, as well as bone marrow transplant.

## Medications
Medications used to treat sickle cell anemia include:

- **Antibiotics.** Children with sickle cell anemia usually begin taking the antibiotic penicillin when they're about 2 months of age and continue until they're 5 years old. Doing so helps prevent infections, such as pneumonia, which can be life-threatening to an infant or child with sickle cell anemia. Antibiotics may also help adults with sickle cell anemia fight certain infections.

- **Pain-relieving medications.** To relieve pain during a sickle crisis, your doctor may advise over-the-counter pain relievers and application of heat to the affected area. You may also need stronger prescription painkillers.

- **Hydroxyurea (Droxia, Hydrea).** This prescription drug, normally used to treat cancer, may be helpful for adults with severe disease. When taken daily, it reduces the frequency of painful crises and may reduce the need for blood transfusions. It seems to work by stimulating production of fetal hemoglobin — a type of hemoglobin found in newborns that helps prevent the formation of sickle cells. There is some concern about the possibility that long-term use of this drug may cause tumors or leukemia in certain people. Your doctor can help you determine if this drug may be beneficial for you.

## Blood transfusions
In a red blood cell transfusion, red blood cells are removed from a supply of donated blood. These donated cells are then given intravenously to a person with sickle cell anemia.

Blood transfusions increase the number of normal red blood cells in circulation, helping to relieve anemia. In children with sickle cell anemia at high risk of stroke, regular blood transfusions can decrease their risk of stroke.

Blood transfusions carry some risk. Blood contains iron. Regular blood transfusions cause an excess amount of iron to build up in your body. Because excess iron can damage your heart, liver and other organs, people who undergo regular transfusions must often receive treatment to reduce iron levels. In 2005, the Food and Drug Administration approved deferasirox (Exjade), the first oral medication that can reduce excess iron levels, for use in people older than the age of 2.

### Supplemental oxygen

Breathing supplemental oxygen through a breathing mask adds oxygen to your blood and helps you breathe easier. It may be helpful if you have acute chest syndrome or a sickle cell crisis.

### Bone marrow transplant

This procedure allows people with sickle cell anemia to replace their bone marrow — and its sickle-shaped red blood cells — with healthy bone marrow from a donor who doesn't have the disease. It can be a cure, but the procedure is risky, and it's difficult to find suitable donors. Researchers are still studying bone marrow transplants for people with sickle cell anemia. Currently, the procedure is recommended only for people who have significant symptoms and problems from sickle cell anemia.

In a bone marrow transplant, your bone marrow is first destroyed using chemotherapy or radiation. A matched donor's healthy bone marrow is removed using a minor surgical technique. You then receive a transfusion of that healthy marrow, and the healthy marrow may start producing normal blood cells. Sometimes, however, the transplant doesn't work or the recipient's body rejects the new marrow.

The procedure requires a lengthy hospital stay. After the transplant, you'll need drugs to help prevent rejection of the donated marrow.

### Treating complications

Doctors treat most complications of sickle cell anemia as they occur. Treatment may include antibiotics, blood transfusions, pain-relieving medicines, other medications and possibly surgery, such as to correct vision problems or to remove a damaged spleen.

### Experimental treatments

Scientists continue to gain new insights into the symptoms and causes of sickle cell anemia. Some possible new treatments researchers are studying include:

- **Gene therapy.** Because sickle cell anemia is caused by a defective gene, researchers are exploring whether correcting this gene and inserting it into the bone marrow of people with sickle cell anemia will result in the production of normal hemoglobin. Scientists are also exploring the possibility of turning off the defective gene while reactivating another gene responsible for the production of fetal hemoglobin — a type of hemoglobin found in newborns that prevents sickle cells from forming.

- **Butyric acid.** Some studies show that this commonly used food additive may increase the amount of fetal hemoglobin in the blood.

- **Clotrimazole.** Normally used to treat fungal infections, this over-the-counter medication helps prevent a loss of water from red blood cells, which may reduce the number of sickle cells that form.

- **Nitric oxide.** People with sickle cell anemia have low levels of nitric oxide, a gas that helps keep blood vessels open and reduces the stickiness of red blood cells. Treatment with nitric oxide may prevent sickle cells from forming.

## Prevention

If you carry the sickle cell trait, you may wish to see a genetic counselor before trying to conceive a child. A genetic counselor can help you understand your risk of having a child with sickle cell anemia. He or she can also explain possible treatments, preventive measures and reproductive options.

There is an in vitro fertilization procedure that improves the chances for parents who both carry the sickle cell gene to have a child with normal hemoglobin. This procedure is known as preimplantation genetic diagnosis. First, eggs are taken from the mother. Then, sperm is taken from the father. In a laboratory, the eggs are fertilized with the sperm. The fertilized eggs are then tested for the presence of the sickle cell gene. Fertilized eggs free of the sickle cell gene can be implanted into the mother for normal development. However, this procedure is expensive and not always successful.

## Self-care

Taking steps to stay healthy is critical for anyone with sickle cell anemia. Eating well, getting adequate rest and protecting yourself from infections are good ways to maintain your health and prevent crises.

Infants and children with sickle cell disease need to receive regular childhood vaccinations. Children and adults with sickle cell anemia also should have a yearly flu shot and be immunized against pneumonia.

If you or your child has sickle cell anemia, follow these suggestions to help stay healthy:

- **Take folic acid supplements daily, and eat a balanced diet.** Bone marrow needs folic acid and other vitamins to make new red blood cells.

- **Drink plenty of water.** Staying hydrated helps keep your blood diluted, which reduces the chance that sickle cells will form.

- **Avoid temperature extremes.** Exposure to extreme heat or cold can trigger the formation of sickle cells.

- **Avoid stress.** A sickle crisis can occur as a result of stress.

- **Exercise regularly, but don't overdo it.** Talk with your doctor about how much exercise is right for you.

- **Fly on commercial airplanes with pressurized passenger cabins.** Unpressurized aircraft cabins don't provide enough oxygen. Low oxygen levels can trigger a sickle crisis.

- **Avoid high-altitude areas.** Traveling to a high-altitude area may also trigger a crisis because of lower oxygen levels.

## Coping skills

If you or someone in your family has sickle cell anemia, you may need help handling the stresses of coping with this lifelong disease. Your doctor can talk with you about your concerns. Sickle cell centers and clinics also can provide information and counseling. Many areas have sickle cell support groups for families affected by the disease.

It's especially important to find ways to control — and cope with — pain. Different techniques work for different people, but it might be worth trying heating pads, hot baths, massages or physical therapy. Prayer, family and friends also can be a source of support.

If you have a child with sickle cell anemia, the best way to help is to learn as much as you can about the disease and to make sure your child gets the best health care possible. A child with sickle cell disease has special needs and requires regular medical care to stay as healthy as possible. Your doctor can explain how often to bring your child for medical care and what you can do if he or she becomes ill.

You may also want to let teachers and caregivers know about your child's illness. Help them understand what kinds of exercises and situations can be harmful to your child, and teach them to recognize signs of infection. Having other people help care for your child is good for your child — and good for you.

---

By Mayo Clinic Staff
Mar 28, 2007

© 1998-2007 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Reliable tools for healthier lives," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

DS00324

**http://www.scinfo.org/faqdisease.htm**

**What About the different types of Sickle Cell Diseases**

1. **Question:** What is the difference in sickle cell trait and the different types of sickle cell disease?

**Answer:** Sickle trait can cause you to have some blood in the urine and a slight increase in problems with kidney infections. Individuals with sickle trait can have pain if they go to very high altitudes, greater than 12,000 feet. Other than these uncommon problems, there should be not health problems from sickle trait. Individuals with sickle trait may have children with sickle cell disease if their partner also has sickle, thalassemia, or hemoglobin C trait. Please see the NIH guideline about sickle cell trait on our web site at: **http://www.scinfo.org/nihnewchap3.htm** and our guide at **http://www.scinfo.org/sickletrait.htm**

The mutation that makes the sickle hemoglobin (HbS) confers at least two abnormal properties:
1) when de-oxygenated, HbS polymerizes to forms rods and fibers that cause the sickle deformation, and
2) when oxygenated, the HbS molecule is more unstable than normal HbA and may spontaneously decompose ( to met-hemoglobin, or to globin without heme)
These properties are known from decades of research with HbS, and can be shown in test tubes. They are biophysical properties of the HbS molecule.
What does this mean for the blood and for sickle cell disease manifestations? The composition of hemoglobin in the red blood cells determines their ability to sickle and cause sickle cell disease problems.

I. People with sickle trait have one gene making HbS and one gene making HbA, so you would expect equal amounts of HbS and HbA in the RBC. The unstable property of HbS, however, means that not all of the amount of HbS made in the red blood cell (RBC) stays floating around in the RBC, because some of the HbS decomposes. Therefore, the RBC contents for a person with sickle trait has slightly less than 50% HbS, typically something like 55 to 60 percent HbA and 40 to 45 percent HbS. The predominance of HbA inhibits and dilutes the ability of HbS to show its polymerization property, and so sickle trait is not a form of sickle cell disease. People with sickle trait have no anemia, no painful episodes, no special susceptibility to infection, and no implications for life expectancy........ it is not sickle cell disease.

II. The most common form of sickle cell disease, HbSS, has no genes for HbA present. A minor hemoglobin (HbA2) may be present in a few percent of the total hemoglobin, and fetal hemoglobin may be present in varying amounts (HbF). However, the vast majority of the hemoglobin in the RBC is HbS, and it will polymerize and cause the sickle cell disease manifestations.

III. Some people with sickle cell disease, as you know, have HbSC, HbSD, HbS- O-Arab etc. One gene makes HbS and the other gene makes another variant hemoglobin ( HbC, HbD, HbO-Arab, etc.) that usually would not cause a disease by itself. There may be equal parts HbS and the other Hb, or slight variation from equal amounts in the RBC. However, the important difference between HbA and these variant hemoglobins is their ability to participate in polymerization with

the HbS. When the inside of RBC contains a combination of hemoglobins that will polymerize, then these are types of sickle cell disease, with anemia, pain, spleen and other problems. Differences in disease pattern between these types of sickle cell disease and the pattern for HbSS can be found statistically, but there is so much variability that the exact disease course is impossibleto predict for an individual with sickle cell disease based on Hb subtype.

IV. What gets a little complicated is HbS-beta-thalassemia. The picture in the RBC for people with HbS-beta-zero-thalassemia is the result of one gene making HbS and the other hemoglobin gene is defective and cannot make anything (beta-zero thalassemia). The hemoglobin produced by these two genes is HbS, and then there are minor amounts of HbA2 and HbF. Again, the HbS can polymerize and there is sickle cell disease manifestations statistically similar to HbSS. Another type is HbS-beta-plus-thalassemia, in which one gene makes HbS and the other gene is defective but makes a little bit of HbA. There is less HbA produced than in sickle trait, and so the end result in the RBC is more HbS (70 to90 percent of the total hemoglobin) than HbA (10 to 30 percent of the to tal hemoglobin in the RBC). This amount of HbA is not enough to dilute the HbS and cannot inhibit polymerization completely, so the RBC can still sickle and this is a subtype of sickle cell disease.

So in summary, the percentage of HbS is helpful for determining what the difference between sickle trait and the HbS-beta-plus-thalassemia,

Sickle trait, not a disease ------ HbS approx 40 percent
Sickle cell disease HbSC, HbSD, etc. ----- HbS approx 50 percent
Sickle cell disease HbS-beta-plus-thalassemia ------ HbS approx 70 percent
Sickle cell disease HbSS, HbS-beta-zero-thalassemia ---- HbS approx 95 percent

However, for the subtypes of sickle cell disease like HbSC, the really important fact is that the other Hb is able to participate inpolymerization with HbS, not that the amount of HbS is close to 50 percent.

For clarification, it may be helpful to get in touch with your local genetics office or sickle cell center. Additional information may be found in recent reviews in the New England Journal of Medicine (BunnHF, Sept 1997; Steinberg MH, April 1999), in textbooks: Embury, Hebbel, Narla, and Steinberg - Sickle cell disease - Basic Principles and Practice, Raven Press 1994.............. Bunn and Forget - Hemoglobin and standard hematology textbooks. For HbS polymerization, look for publications by William Eaton, Hofrichter, or Frank Ferrone. For the unstable property of HbS, look for publications by Toshio Asakura in the early 1970s.

## The First Description of Sickle Cell Disease

**Question:** When and by whom was the first description of sickle cell disease in the medical literature?

**Answer:** The first published reports of sickle cell disease in African medical literature were in

the 1870s. Savitt and Goldberg (1989) gave a delightful account of investigations into the story of Walter Clement Noel, the first-to-be-described case of sickle cell anemia (Herrick, 1910). Noel, a first-year dental student at the Chicago College of Dental Surgery, was admitted to the Presbyterian Hospital in late 1904 where Ernest E. Irons, a 27-year-old intern, obtained a history and performed routine physical, blood, and urine examinations. He noticed that Knoll's blood smear contained 'many pear-shaped and elongated forms' and alerted his attending physician, James B. Herrick, to the unusual blood findings. Irons drew a rough sketch of these erythrocytes in the hospital record. Herrick and Irons followed Noel over the next 2.5 years through several episodes of severe illness as he continued his dental studies. Thereafter, Noel returned to Grenada to practice dentistry. He died 9 years later at the age of 32. Curiously, Irons, who lived from 1877 to 1959, was not included by Herrick, who lived from 1861 to 1964, in the authorship. Savitt, T. L.; Goldberg, M. F. : Herrick's 1910 case report of sickle cell anemia: the rest of the story. J.A.M.A. 261: 266-271, 1989.

Herrick, J. B. : Peculiar elongated and sickle-shaped red blood corpuscles in a case of severe anemia. Arch. Intern. Med. 6: 517-521, 1910.

## Hemoglobin SC

**Question:** I have a thirteen year old daughter with SC Diease. I'm trying to find out why she has pain crisis like SS patient have, I was told at some point that she wouldn't have as much pain but she does. Is this possible or do you have anymore input on the trait SC?

**Answer:** Hemoglobin SC is very definitely a type of sickle cell disease, and is not asymptomatic. It is described as a type of sickle cell disease in numerous standard medical textbooks, including hematology, pediatrics, and internal medicine texts. Painful episodes for a population of children with HbSC may not be as severe or frequent as in HbSS (homozygous sickle cell disease), but there is wide variation between individuals. In my clinical experience caring for approximately 500 children with various types of sickle cell disease at the Georgia Comprehensive Sickle Cell Center, 2 patients with HbSC are among the 20 patients most frequently seen at the hospital for pain management. After childhood, the complications of HbSC patients increase so that the disease becomes approximately similar in severity to adults with HbSS. Sickle cell pain typically involves bones (including joints and skull), but can affect nearly any part of the body.

In older school-age children and adolescents with HbSC, there is a high rate of two complications of sickle cell disease: damage to the joints (due to sickle cells interfering with blood flow to the heads of the femur and humerus), and damage to the retina of the eye (due to blocked bloodvessels and abnormal growth of fragile new vessels that can bleed spontaneously). We routinely check HbSC children for these problems, and recommend annual retinal examination by an ophthalmologist after age 8 yrs. Other sickle cell complications are less frequent in HbSC than HbSS (stroke, acute lung problems, aplastic crisis) but can occur.

Damage to the kidneys by sickling can cause inability for the kidneys to concentrate the urine, leading to high urine production through the night(whereas normal kidneys reduce urine production during sleep). Therefore, bedwetting (enuresis) is extremely common in children with

sickle cell disease. In my experience, bedwetting as a sickle cell complication does not respond to medications (desmopressin or Tofranil) nor psychotherapy Instead, management focuses on behavioral modification (incentives, bedwetting alarms, alarm clocks) to train the child to get up in the middle of the night and go to the bathroom to urinate. People with sickle cell disease also get dehydrated more quickly, due to the abnormal kidney function, and dehydration will aggravate sickle cell pains or trigger them.

Children with sickle cell disease are more susceptible to certain bacterial infections (Streptococcus pneumoniae) and death from overwhelming infection remains the leading cause of death for people with sickle cell disease, including HbSC. The National Institutes of Health recommends a three-pronged approach for children with sickle cell, and these are in standard medical texts for many years:
1) Give a preventive antibiotic (such as Penicillin VK 250 mg twice a day) through age 5 yrs
2) Special immunization (Pneumovax for now at age 24 months and 5 years, with an improved vaccine coming on the market soon for administration to infants)
3) Prompt medical evaluation of any fever (examination and empiric injection of antibiotics within a hour or two of the detection of fever)

Children with sickle cell disease can also have any of the other problems of childhood, with no particularly greater or lesser frequency of ordinary infections such as respiratory viruses and pinworms. Therefore, it is important not to lose sight of good primary pediatric care.

In summary, it is my opinion that this child's pains, pneumonia, bedwetting, and school absences are attributable to her sickle cell disease of the HbSC type. Her headaches may represent sickle cell problems. Her frequent upper respiratory infections and pinworms are probably not related to sickle cell disease, although they may accentuate sickle cell pains and problems. I suggest that she should have access to expert care by a physician interested in sickle cell disease, as well as a primary care provider for ordinary childhood problems and case management.

A recent review was in the New England Journal of Medicine (MH Steinberg, April 1, 1999, page 1021)

## Which chromosome is the sickle mutation found on ?

**Question:** Which chromosome is the sickle mutation found on?

**Answer:** Chromosome 11 where the Beta chain of hemoglobin in coded. There is one amino acid substitution, a valine for glutamic acid in the beta 6th position that forms sickle beta chains. Two sickle beta chains combined with two alpha chains and four iron containing heme groups form sickle hemoglobin. See our tutorial
**http://www.emory.edu/PEDS/SICKLE/tutorial/blood/sld009.htm**

## Life Expectancy

**Question:** What is the average life expectancy for some one with sickle cell disease?

**Answer:** Median survival of individuals of all ages with sickle cell disease based on genotype and sex (Platt OS, Brambilla DJ, Rosse WF, et al. Mortality in sickle cell disease- Life expectancy and risk factors for early death. N Engl J Med 330(23): 1639-1644 (1994).

Sex and Genotype Median Survival
Males with Hb SS - 42 years
Females with Hb SS - 48 years
Males with Hb SC - 60 years
Females with Hb SC - 68 years

Note that this was reported in 1994. Now in 2002 many new advances with the medication hydrea, the new pneumoccocal vaccine Prevnar, stroke prevention with TCD, and cures with bone marrow transplants the life expectancy is increasing.

## Being 50 Years Old with Sickle Cell Disease

**Question:** My questions are; As a 50 year old AfricanAmerican woman, is chronic pain and soreness normal? Is my LACK of ability to concentrate normal? What about chronic headaches? Every morning, I feel like the Tin Man in The Wizard of Oz. SO STIFF! My hgb is SS. I no longer work outside of my home, my husband is understanding, (or seems to be) regarding my many hospitalizations. Also, back pain and hip pain can be immensely painful. As we, patients, get older, what can we do to improve our quality of life? Thank you for your kindness and patience in addressing these issues.

**Answer:** You may be experiencing chronic pain from sickle cell disease and this does occur from chronic dammage from sickling in the bones. I would also think
that you and your doctors should consider other causes for the pain. The fact that it is bad in the morning suggests that it may be related to other types of disease like rheumatoid arthritis. I have a number of older patients that have both and respond very well to the treatment of the arthritis. You should have x-rays of hips and shoulders if they hurt most of the time to make sure you do not have avascular necrosis from sickle cell.

If none of these are present, you may benefit from treatment with hydroxyurea to decrease the rate of pain associated with sickle cell disease. You also may benefit from a good chronic pain management plan if there are not problems that can be directly improved. This can often be done through a pain clinic.