PROVIDENCE HOSPITAL
RADIOLOGY REPORT

```
NAME        : HENRY, RICARDO F                    MED REC #      : 362-237
ACCOUNT #   : 00703633446    SEQ #: 00004         DATE OF BIRTH: 12/28/59
ORDERING MD: BRANDLY, ROOSEVELT
================================================================================

5014113   AMB-KNEE, COMPLETE, MIN 3 VIEWS


              *******   TRANSCRIPTION   *******

@@ Date of Exam  : 02/05/99
@+ Date of Dict. : 02/05/99
@* Date of Trans.: 02/05/99   (cnk)
```

EXAMINATION:       LEFT KNEE

CLINICAL INDICATION:    Pain

FINDINGS:    The examination reveals bony changes consistent with the clinical diagnosis of sickle cell disease. The remaining portion of the examination is essentially normal.

***** IMPRESSION *****


**** END OF REPORT ****

RADIOLOGIST:    LOUIS NAPOLI, M.D.  RAD

REPORT VERIFIED PRIOR TO TRANSMISSION

PROVIDENCE HOSPITAL
RADIOLOGY REPORT

```
NAME        : HENRY, RICARDO F                    MED REC #    : 362-237
ACCOUNT #   : 00703633446    SEQ #: 00003         DATE OF BIRTH: 12/28/59
ORDERING MD : BRANDLY, ROOSEVELT
```
===============================================================================

5012018   AMB-LUMBOSACRAL SPINE W/OBLIQUES

\*\*\*\*\*\*\*    TRANSCRIPTION    \*\*\*\*\*\*\*

@@ Date of Exam  : 02/05/99
@+ Date of Dict. : 02/05/99
@* Date of Trans.: 02/05/99  (cnk)

CLINICAL INDICATION:   Back pain

FINDINGS:   There are bone changes consistent with the working clinical diagnosis of sickle cell disease. There is minimal spondylolisthesis at L4-5 and L5-S1. The vertebral bodies and intervertebral spaces appeared normal.

There is a linear lucency traversing the middle third of the right eleventh rib. This is most likely artifact from overlying bowel gas rather than a nondisplaced fracture. Clinical correlation is suggested.

\*\*\*\*\* IMPRESSION \*\*\*\*\*

Sickle cell disease. Please see above discussion.

\*\*\*\* END OF REPORT \*\*\*\*

RADIOLOGIST:   LOUIS NAPOLI, M.D.  RAD

REPORT VERIFIED PRIOR TO TRANSMISSION