4/3/07

To whom it may concern:

    Q Ricardo Henry suffers from combined sickle cell anemia and Thalassemia.

    This results in production of a decreased amount of normal hemoglobin (the oxygen carrying compound in the red blood cells) as well as production of sickle cell hemoglobin. This causes sludging in the circulation with pain in the muscles and joints, decreased oxygen delivery to the tissues with resultant damage to the heart, lungs, and kidneys, and iron overload.

    It is treated with pain medications, fluids, oxygen, folic acid, and occasionally chemotherapy and iron chelating drugs.

Very truly yours,

Peter B. Sherer MD

301-946-6420

4/16/04  TC methadone helping

6/8/04  Sinus + allergies trouble
  Out of Zyrtec + Nasacort
  Feels weak and sweaty when not taking the
  methadone  had this when off Oxycontin also
  methadone helps more + is cheaper
  short acting med Oxy IR for crises
  Meds reviewed + renewed

7/6/04  methadone 10 mg TID         # 300
  Oxy IR      5 mg q4h         # 200

7/20/04  stable.
  methadone gives him blurred vision — nearly every time he
  takes the pills. Transient lasting 15 min after dose.
  It does help pain so will stay on it
  was to go to Sweden but found that his passport expired.
  120/80
  lungs clear
  Eyes ok  PERRLA.

  P·  methadone       #100
    Oxy IR        #100              PS

8/27/04 note  methadone     #200
  folic acid    #100  R3
  Oxy IR    5 mg q4h  #200

Ricardo Henry

1/8/04 Had crisis sat w/ low back pain
going through bitter divorce. under stress. makes pain worse
Anxiety
Pt is a psychologist — but trouble dealing w/ this.

→ Ativan 1mg TID    #60

Hct 40
Mainly abd pain.
120/80
N/C ENT ⊖
lungs clear
Heart ok
Abd ⊃
Ext ⊖

Oxy IR        200
Oxy contin    200

Labs  WBC 6,100  Hct 34.8  plts 141k
      BUN 15  Cr 1.3
      Bili 1.6  SGOT 99

2/5/04 Oxy contin 40mg BID    #200
Tylenol #3 1 q4h    #100 RI

3/1/04 Had crisis last wk. stayed home + increased
his meds. pain mainly in lower back — esp
joints lasted 1 wk. pushed fluids
GI problems — GERD + sickle cell
120/90 lungs clear / Heart ok

meds renewed

3 Trial of Methadone 10mg TID

10/8/04 mild sclerosis (?) Henry
No crises.
Takes methadone q 12h  10 mg — doesn't need TID
Also Oxy IR 5 mg q 4h prn.
Nasacort AQ
Zyrtec
Folic acid
No leg ulcers
Not on Hydrea
No c/p, SOB.
Mild URI.
Exam stable.

Meds renewed   Methadone 200
               Oxy IR    200
               Zyrtec
               Nasacort AQ

(flu shot)

PS

11/17/04  Methadone 10 BID #20

12/28/04
URI, sniffles, post nasal drip.
No congestion, fevers, sore throat, cough.
No crisis pain.
Meds renewed.

Zyrtec      10 qd 90
Methadone 10 mg  ii BID    # 180    x 2 scripts
Oxy IR   5 mg  q 4h        # 180
Told to ↑ H↑ E to ≤ 400
Nasacort AQ
Stable

120/70
HR 80
Lungs clear.

PS

2/18/05  Achiness in joints - elbows esp.
Occ sore throat
Recent URI w/ cough - better now.
Some GI discomfort

Meds reviewed + renewed.

Oxy IR 5mg  #180
Methadone 10mg  2 BID  #180

120/80  lungs clear  2/6 SEM
        Abd ⊖  Ext ⊖
                                    /s

3/20/05   Oxy IR   #180
          Methadone  #180          /s

5/5/05  Allergies acting up. Zyrtec called in.
Working hard. Under stress
Methadone working well - on 20mg BID  qd
        then Oxy IR only if pain.
Gets pain when he stops methadone to see.
GERD.

Methadone  #180
Oxy IR    100
Nasocort
Folic acid  90
Valium 5mg  #50   /s
130/80   HEENT ⊖   Heart & lungs

1/13/06
No N,V
Cough, runny nose
Occ clear sputum.
No sore throat
Occ (R) arm/shoulder pain
on Prilosec

110/90   120/90                      6'0"  185
HEENT - sl pallor
No nodes                    ax↓
Lungs clear
Heart ok
Abd ⊖
ext ⊖

Labs:  wbc 5.8    Hct 33.4   mcv 74    plts 97k
       Bili 2.3        Ind 1.8
                                       OT 68  PT 89
                                              LDL 345
Methadone     # 200
Oxy IR        # 200
2 pk

4/24/06  Having tough time w/ allergies.
Nasacort + Zyrtec help.
No crisis pain.  Occ abd discomfort
No c/p, SOB, palpitations.
under stress.
110/80   lungs clear   HR 100     Hct 36.2
          Abd.                     mcv 74
                                   gluc 93
Valium   5 mg prn                  Etoh
Methadone 10 mg  2 BID    # 200    Bili 1.9
Oxy IR  5 mg  q4h prn     # 200

8/11/05 note Methadone #110 /3

8/18/05 Just returned from Sweden
Has URI
No fever but is congested.    was on Nasacort AQ
No cough, sputum.
Occ abd discomfort.
OK as long as he takes his pain meds.
Says he didn't get last wk's methadone

Oxy IR           #60
Nasacort AQ
Methadone 180
                                             /3


9-15-05     No show (ama)                      #100
9/26/05     Folic acid 1mg
            Methadone 10mg   TID    #180
                                                /3

10/27/05    mild occ pain.
            Trouble digesting. Feels bloated
            No burning or acid.
            Trial of Reglan 10mg p 1-2/d.    ½ hr before dinner
            Gas sx - no benefit
            Also on Prilosec.
            Methadone 180
            Oxy IR    100

11/28/05  TC w/ pharm    methadone 10mg   2 BID
          clarification                              /3
          301-565-0575

No Sh___ St J___

10/24/06  No further prostate problems
          No dysuria.
          No fevers
          Flu shot 2 wks ago — then s/ URI
          Rare congestion.
          wt stable — 180.       Appetite good
          No GI problems     no bleeding
          Rare sickling.

          110/70   s/ pallor
             lungs clear   Heart ok    Abd ⊖ GXO
          meds renewed
                 Labs — PSA 0.8                    Methadone  200
                        Gluc 93                    Folic acid  90
                        AST 101  ALT 188           Oxy IR     200
                        Bili  1.9
                        chol 123   Hct 33.4        Hct 33.4

11/22/06  note    Methadone  10mg      # 200
                  Oxy  IR    5mg       # 200

2/19/06   No Sh___ S___

1/25/06   Occ sickling in cold weather.    No c/p, SOB.
          Occ abd pain
          No N, V, diarrhea, bleeding.
          No wt loss.  stable ~ 185.
          No cough, wheezing.  Had flu shot.
          Energy ok
          meds reviewed + renewed       Zyrtec 10
                                        Folic acid  1
          Some anxiety — Valium helped  Oxy IR 5mg q4h pn
                         5mg q8
          100/70   Heart ok   lungs clear   Methadone 10mg 2BID
                   Abd ⊖   Ext ⊖

Ⓡ eye discomfort x 2 wks
upper lid tender
was given Tobramycin solution
Redness, light sensitivity    no discharge.
Face sensitive
Blepharitis
Blood in ejaculate in past 2wks
130/80

℞ Amoxicillin 500 TID
Hot pack.

Methadone  # 200
OxyIR     # 200

7/24/06 NOSHOW

8/11/06  Prostatitis resolved.
No fever, dysuria.
Recent flu like symptoms — cough, URI, sweats
Taking Robitussin.

Meds reviewed + renewed.
Methadone  200
OxyIR      200
Folic acid  1mg  90
E gel 2%       60gm
110/80   lungs clear  Heart ok

try to ↓ pain meds

9/18/06  Methadone
OxyIR