

**GWU PRIMARY CARE**

Patient Name: Henry, Ricardo (Last, First)
Age: 
Medical Record #: 704 5560
Day #: 2) 364.8729

Date: 6/24/97
Time: 11:00
Team: Blatt
DOB: 12-28-59
Evening #: 2) 265.3070
Pharmacy #: ⊘
GW Pharm: ☐

Needs written

| Name of Medication | Strength | Directions | Amount Requested | Refilled Rx # |
|---|---|---|---|---|
| Percoset | | ī q 4°-5° prn | #40 | |

last Rx 5/5/97 #40
hx sickle cell + thalassemia

Rx written @ [signature]

CHART REQUESTED ☑
Message Taken By: LS

Authorized By: [signature]
Called In By:
Time:        Date: 6/27

79-947 (10/96) P & P 852