THE GEORGE WASHINGTON UNIVERSITY
MEDICAL CENTER

## DEPARTMENT OF RADIOLOGY

### REPORT

Patient Name: HENRY, RICARDO T              Dept/Section: ACC - Diagnostic - H

Medical Record: 1142352        Sex: m        Birthdate: 12/28/59
MFA Acct. No.:                               GWUHP MRN: 0663237
                                             Nursing Unit:

Requesting Physician(s): Blatt, Benjamin
Attending Physician(s):
Exam Date/Time: 07/24/90   1114
Type of Exam: ch902       , Chest (2 views)


PA AND LATERAL CHEST:
The lungs and costophrenic angles are clear. No mass density is
visualized in the left hilar region. The cardiovascular
silhoutte, hila, mediastinum, and diaphragm are normally
outlined. The bone density is increased. The haziness in the
left upper quadrant of the abdomen may be due to splenomegaly.

IMPRESSION: No active pulmonary disease. No mass is
visualized. Increased bone density and suggestion of
splenomegaly. Recommend clinical correlation.

PFA
D: 7/25/90
T: 7/26/90

                                    s/ Palma F. Abraham, M.D.



_____ M.D.
PHYSICIAN

7540-75-622                    ORIGINAL

```
                        PROVIDENCE HOSPITAL
                        RADIOLOGY REPORT

   NAME       : HENRY, RICARDO F                 MED REC #     : 362-237
   ACCOUNT #  : 00703421339    SEQ #: 00001      DATE OF BIRTH: 12/28/59
   ORDERING MD: BRANDLY, ROOSEVELT
   ==========================================================================

   5016308    AMB-U.G.I.JAPANESE DOUBLE CONTRAST


                        *******   TRANSCRIPTION   *******

   @@ Date of Exam  :  08/04/98
   @+ Date of Dict. :  08/04/98
   @* Date of Trans.:  08/04/98   lb
```

DOUBLE CONTRAST UPPER GI SERIES:

CLINICAL INDICATION:  A history of epigastric discomfort.

There is mild delay in emptying of the distal esophagus which could reflect a small hiatus hernia.

The stomach is deformed and placed medially by a left upper quadrant mass, most likely an enlarged spleen.  This makes the duodenum difficult to evaluate as it arises in a direct posterior position.  As best as can be determined, the esophagus, stomach, duodenum and visualized small bowel are otherwise normal within the anatomy of the patient's upper abdomen.  Note is made that there is diffuse increased density throughout the bony structure.

***** IMPRESSION *****

1. Small hiatus hernia without reflux.
2. Because of the bone changes and enlargement of the spleen, consider the possibility of sickle cell disease with thalassemia.

**** END OF REPORT ****

RADIOLOGIST:    LOUIS NAPOLI, M.D.   RAD

REPORT VERIFIED PRIOR TO TRANSMISSION