# MedlinePlus®
### Trusted Health Information for You
A service of the U.S. NATIONAL LIBRARY OF MEDICINE and the NATIONAL INSTITUTES OF HEALTH

[ Print this page ]   [ Close this window ]

## Medical Encyclopedia: Splenomegaly

URL of this page: http://www.nlm.nih.gov/medlineplus/ency/article/003276.htm

**Alternative names**

Spleen enlargement; Enlarged spleen

**Definition**

Splenomegaly is an enlargement of the spleen beyond its normal size.

**Considerations**

The spleen is an organ that is a part of the lymph system. It filters the blood and maintains healthy red and white blood cells and platelets.

Because of its wide variety of functions, the spleen may be affected by many conditions involving the blood or lymph system, and by infection, malignancies, liver disease, and parasites.

Symptoms of splenomegaly include:

- Inability to eat a large meal
- Pain on the upper left side of the abdomen
- Hiccups

**Common Causes**

- Infections
    - Infectious mononucleosis (EBV or CMV)
    - Other viral infections
    - Parasitic infections
    - Cat scratch disease
    - Bacterial infections
- Diseases involving the liver
    - Cirrhosis (portal vein obstruction, portal hypertension)
    - Sclerosing cholangitis
    - Wilson's disease
    - Biliary atresia
    - Cystic fibrosis
- Hemolytic anemias
    - Thalassemia
    - Hemoglobinopathies
    - Hemolytic anemia due to G6PD deficiency

- o Idiopathic autoimmune hemolytic anemia
- o Immune hemolytic anemia
- Cancer
    - o Leukemia
    - o Lymphoma
    - o Hodgkin's disease
- Other causes
    - o Sarcoidosis
    - o Sickle cell splenic crisis
    - o Felty syndrome

### Home Care

Appropriate limitation of activity, including avoiding contact sports, will help prevent trauma that might cause the spleen to rupture.

Care will be required for the specific condition causing the splenomegaly. Follow the instructions given by your health care provider regarding appropriate care.

### Call your health care provider if

Although often there are no symptoms from an enlarged spleen, you may experience pain in the left upper section of your abdomen. You should seek attention from your doctor right away if it is severe or gets worse when you take a deep breath.

### What to expect at your health care provider's office

The physician will ask a series of questions to determine if you have symptoms either from the enlarged spleen or the underlying cause of the large spleen, such as fever or signs of an infectious disease.

The doctor will also perform a thorough exam of your abdomen. To check for an enlarged spleen, he or she will percuss (tap) along the left upper quadrant of your abdomen and palpate (feel) in that same area, especially just under the rib cage.

Diagnostic tests may be required, including:

- Blood tests such as a CBC
- Tests for suspected causes
- Abdominal film or CT scan

### Update Date: 9/29/2006

Updated by: Corey Cutler, MD, MPH, FRCP(C), Assistant Professor of Medicine, Harvard University; Department of Medical Oncology, Dana-Farber Cancer Institute, Boston, MA. Review provided by VeriMed Healthcare Network.

#### ADAM



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial process. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Adam makes no representation or warranty regarding the accuracy, reliability, completeness, currentness, or timeliness of the content, text or

**MedlinePlus®**
Trusted Health Information for You

A service of the U.S. NATIONAL LIBRARY OF MEDICINE
and the NATIONAL INSTITUTES OF HEALTH

[ Print this page ]   [ Close this window ]

## Medical Encyclopedia: Sickle cell anemia

URL of this page: http://www.nlm.nih.gov/medlineplus/ency/article/000527.htm

**Alternative names**

Anemia - sickle cell; Hemoglobin SS disease (Hb SS); Sickle cell disease

**Definition**

Sickle cell anemia is an inherited disease in which the red blood cells, normally disc-shaped, become crescent shaped. As a result, they function abnormally and cause small blood clots. These clots give rise to recurrent painful episodes called "sickle cell pain crises."

**Causes, incidence, and risk factors**

Sickle cell anemia is caused by an abnormal type of hemoglobin called hemoglobin S. Hemoglobin is a protein inside red blood cells that carries oxygen. Hemoglobin S, however, reduces the amount of oxygen inside the cells, distorting their shape. The fragile, sickle-shaped cells deliver less oxygen to the body's tissues, and can break into pieces that disrupt blood flow.

Sickle cell anemia is inherited as an autosomal recessive trait, which means it occurs in someone who has inherited hemoglobin S from both parents. Sickle cell disease is much more common in certain ethnic groups, affecting approximately one out of every 500 African Americans. Someone who inherits hemoglobin S from one parent and normal hemoglobin (A) from the other parent will have sickle cell trait. Someone who inherits hemoglobin S from one parent and another type of abnormal hemoglobin from the other parent will have another form of sickle cell disease, such as thalassemia.

Although sickle cell disease is present at birth, symptoms usually don't occur until after 4 months of age. Sickle cell anemia may become life threatening. Blocked blood vessels and damaged organs can cause acute painful episodes, or "crises." There are several types of crises:

1. **Hemolytic crisis** occurs when damaged red blood cells break down
2. **Splenic sequestration crisis** is when the spleen enlarges and traps the blood cells
3. **Aplastic crisis** results when an infection causes the bone marrow to stop producing red blood cells

These painful crises, which occur in almost all patients at some point in their lives, can last hours to days, affecting the bones of the back, the long bones, and the chest. Some patients have one episode every few years, while others have many episodes per year. The crises can be severe enough to require admission to the hospital for pain control and intravenous fluids.

Repeated crises can cause damage to the kidneys, lungs, bones, eyes, and central nervous system.

**Symptoms**

Common symptoms include:

Case 1:06-cv-00070-GK Document 33-7 Page 4 of 9

- paleness
- yellow eyes/skin
- fatigue
- breathlessness
- rapid heart rate
- delayed growth and puberty
- susceptibility to infections
- ulcers on the lower legs (in adolescents and adults)
- jaundice
- bone pain
- attacks of abdominal pain
- fever

The patient may also have:

- bloody urine (hematuria )
- frequent urination
- excessive thirst
- painful erection (priapism; this occurs in 10-40% of men with the disease)
- chest pain
- poor eyesight/blindness

**Signs and tests**

Tests commonly performed to diagnose and monitor patients with sickle cell anemia include:

- Complete blood count (CBC )
- Hemoglobin electrophoresis
- Sickle cell test

Patients with sickle cell may have abnormal results on certain tests, as follows:

- peripheral smear displaying sickle cells
- urinary casts or blood in the urine
- Hemoglobin; serum decreased
- elevated bilirubin
- high white blood cell count
- elevated serum potassium
- elevated serum creatinine
- blood oxygen saturation may be decreased
- CT scan or MRI can display strokes in certain circumstances

**Treatment**

Patients with sickle cell disease need continuous treatment, even when they are not having a painful crisis. Supplementation with folic acid, an essential element in producing cells, is required because of the rapid red blood cell turnover.

The purpose of therapy is to manage and control symptoms and to try to limit the frequency of crises.

During a sickle crisis, certain therapies may be necessary. Painful episodes are treated with analgesics and adequate liquid intake. Treatment of pain is critical. Non-narcotic medications may be effective, but some patients

will require narcotics.

Hydroxyurea (Hydrea) was found to help some patients by reducing the frequency of painful crises and episodes of acute chest syndrome and decreasing the need for blood transfusions. There has been some concern about the possibility of this drug causing leukemia, but as yet there are no definitive data that Hydrea causes leukemia in sickle cell patients.

Newer drugs are being developed to manage sickle cell anemia. Some of these agents work by trying to induce the body to produce more fetal hemoglobin (therefore decreasing the amount of sickling) or by increasing the binding of oxygen to sickle cells. But as yet, there are no other widely used drugs that are available for treatment.

Bone marrow transplants can be curative, this therapy is indicated in only a minority of patients, predominantly because of the high risk of the procedure (the drugs needed to make the transplant possible are highly toxic) and difficulty in finding suitable donors. Also, bone marrow transplants are much more expensive than other treatments.

Antibiotics and vaccines are given to prevent bacteria infections, which are common in children with sickle cell disease.

Additional treatments may include:

- partial exchange transfusion for acute chest syndrome
- transfusions or surgery for neurological events, such as strokes
- dialysis or kidney transplant for kidney disease
- irrigation or surgery for priapism
- surgery for eye problems
- hip replacement for avascular necrosis of the hip (death of the joint)
- gallbladder removal (if there is significant gallstone disease)
- wound care, zinc oxide, or surgery for leg ulcers
- drug rehabilitation and counseling for the psychosocial complications

### Support Groups

Sickle cell anemia, like other chronic, life-threatening diseases, can cause great stress to the patient and family members. Joining a support group, where members share common experiences and problems, can relieve this stress. See sickle cell anemia - support group.

### Expectations (prognosis)

In the past, death from organ failure often occurred between the ages of 20 and 40 in most sickle-cell patients. More recently, because of better understanding and management of the disease, patients live into their forties and fifties.

Causes of death include organ failure and infection. Some people with the disease experience minor, brief, and infrequent episodes. Others experience severe, prolonged, and frequent episodes resulting in many complications.

### Complications

- recurrent aplastic and hemolytic crises resulting in anemia and gallstones
- multisystem disease (kidney, liver, lung)
- narcotic abuse
- splenic sequestration syndrome
- acute chest syndrome

- erectile dysfunction (as a result of priapism)
- blindness/visual impairment
- neurologic symptoms and stroke
- joint destruction
- gallstones
- infection, including pneumonia, cholecystitis (gallbladder), osteomyelitis (bone), and urinary tract infection
- parvovirus B19 infection resulting in aplastic crisis
- tissue death of the kidney
- loss of function of the spleen
- leg ulcers
- death

**Calling your health care provider**

Call your health care provider if acute painful crises occur or at the first sign of any infection.

**Prevention**

Sickle cell anemia can only result when two carriers with sickle cell trait have a child together. Therefore, genetic counseling is recommended for all carriers of sickle cell trait (about 1 in 12 African Americans has sickle cell trait ).

Prenatal diagnosis of sickle cell anemia is also available. Prompt treatment of infections, adequate oxygenation, and preventing dehydration may prevent sickling of red blood cells. Antibiotics and vaccinations may prevent infections.

General health visits with a physician are recommended to ensure the patient is getting adequate nutrition, maintaining proper activity levels, and receiving proper vaccinations.

PREVENTING CRISES

Parents whose children have sickle cell should encourage their children to lead normal lives. However, in order to decrease the occurrence of sickle cell crises, consider the following precautions:

To prevent tissue deoxygenation, avoid the following:

1. Strenuous physical activity, especially if the spleen is enlarged
2. Emotional stress
3. Environments with low oxygen content (high altitudes, non-pressurized airplane flights)
4. Known sources of infection

To promote proper hydration:

1. Recognize signs of dehydration
2. Avoid excess exposure to the sun
3. Provide access to fluids, both at home and away

To avoid sources of infection:

1. Keep child properly immunized as recommended by the health care provider
2. Consider having the child wear a Medic Alert Bracelet
3. Share above information with teachers and other caretakers as appropriate
4. Be aware of the effects that chronic, life-threatening illnesses can have on siblings, marital relationships, parents, and the child

**Update Date: 4/13/2005**

Updated by: Reviewed By: A.D.A.M. editorial. Previously reviewed by Jacqueline A. Hart, M.D., Department of Internal Medicine, Newton-Wellesley Hospital, Harvard University

#ADAM



A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn more about A.D.A.M.'s editorial process. A.D.A.M. is also a founding member of Hi-Ethics (www.hiethics.com) and subscribes to the principles of the Health on the Net Foundation (www.hon.ch).

The information provided should not be used during any medical emergency or for the diagnosis or treatment of any medical condition. A licensed physician should be consulted for diagnosis and treatment of any and all medical conditions. Call 911 for all medical emergencies. Adam makes no representation or warranty regarding the accuracy, reliability, completeness, currentness, or timeliness of the content, text or graphics. Links to other sites are provided for information only -- they do not constitute endorsements of those other sites. Copyright 2005, A.D.A.M., Inc. Any duplication or distribution of the information contained herein is strictly prohibited.

# MedlinePlus®
### Trusted Health Information for You
A service of the U.S. NATIONAL LIBRARY OF MEDICINE and the NATIONAL INSTITUTES OF HEALTH

[ Print this page ]   [ Close this window ]

## Medical Encyclopedia: Thalassemia

URL of this page: http://www.nlm.nih.gov/medlineplus/ency/article/000587.htm

**Alternative names**

Mediterranean anemia; Cooley's anemia

**Definition**

Thalassemias are inherited disorders characterized by abnormal production of hemoglobin. They result in low hemoglobin production, and excessive destruction of red blood cells.

**Causes, incidence, and risk factors**

Hemoglobin contains two chains, alpha and beta globin. Genetic abnormalities, which cause an imbalance in the production of either chain, may be inherited.

Beta thalassemias are caused by a mutation in the beta globin chain. The mutated genes must be inherited from both parents to acquire the major form of this disease. If one mutated gene is inherited, the person will be a carrier of the disease, but will not have symptoms. This is the minor form of the disease.

In the major form, children are normal at birth, but develop anemia during the first year of life. Growth failure, bone deformities, and enlarged liver and spleen are some of the problems that can occur. Blood transfusions may modify some of the signs of the disease, but iron overload from the transfusions may cause damage to the heart, liver, and endocrine systems.

The mild form of beta thalassemia produces small red blood cells, with no symptoms. Risk factors include a family history of thalassemia and an ethnic background that has shown susceptibility to the disease.

Beta thalassemias occur in people of Mediterranean origin, and to a lesser extent, Chinese, other Asians, and blacks.

Alpha thalassemias occur most commonly in people from southeast Asia and China, and are caused by deletion of a gene or genes from the alpha globin chain. The most severe form of alpha thalassemia causes stillbirth (death of a fetus before delivery).

**Symptoms**

- Fatigue
- Shortness of breath
- Jaundice
- Bone deformities in the face

**Signs and tests**

- Enlarged spleen
- Peripheral blood smear shows small, abnormally-shaped red blood cells
- Complete blood count shows anemia
- Hemoglobin electrophoresis shows abnormal hemoglobin

This disease may also alter the results of the following tests:

- RBC indices (size, hemoglobin content)
- Osmotic fragility

## Treatment

People with severe thalassemia receive regular blood transfusions and folate supplements. People who receive the blood transfusions should avoid iron supplements and oxidative drugs such as sulfonamides, because iron levels in their bodies can become toxic.

Patients who receive significant numbers of blood transfusions require treatment to remove iron from the body (chelation therapy). Bone marrow transplant is being investigated as a treatment, and is most successful in children.

## Expectations (prognosis)

In severe thalassemia, death from heart failure can occur between the ages of 20 and 30. Hypertransfusion programs (frequent transfusions) with chelation therapy improve outcome. Successful bone marrow transplant is curative. Less severe forms of thalassemia usually do not shorten life span.

## Complications

Untreated, thalassemia major leads to heart failure and liver problems, as well as susceptibility to infection.

Iron overload as a side effect of treatment can cause damage to the heart, liver, and endocrine systems. This complication is managed by daily injections of an iron chelating agent, which binds to iron and causes it to be released from the body in the urine.

## Calling your health care provider

Call for an appointment with your health care provider if symptoms develop that are suggestive of thalassemia.

Call your health care provider if symptoms develop after treatment.

## Prevention

- Genetic counseling in families with known thalassemia
- Prenatal screening

## Update Date: 10/30/2006

Updated by: William Matsui, MD, Assistant Professor of Oncology, Division of Hematologic Malignancies, The Sidney Kimmel Comprehensive Cancer Center at Johns Hopkins, Baltimore, MD. Review provided by VeriMed Healthcare Network.

ADAM

A.D.A.M., Inc. is accredited by URAC, also known as the American Accreditation HealthCare Commission (www.urac.org). URAC's accreditation program is the first of its kind, requiring compliance with 53 standards of quality and accountability, verified by independent audit. A.D.A.M. is among the first to achieve this important distinction for online health information and services. Learn