THE GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER

HMO TEAM 1

HENRY, RICARDO F

phone 587-4924    066323 7
020664-01    12/28/59

Mr. Mrs. Miss _____ Last _____ First _____ Initial    Hosp. No.    2.00

NOV 1 1 1986 Date   Age Yrs ___ Mos ___   BP ___   WT 159 lbs
Temp 38°C   P ___   HT ___
C.C. FU, Blood Test    HC ___

26 yr old black male c/o

#1) Pain in Arms (error: Arms), Neck, Lower back. / SS disease

(S) Pt's symptoms began 3 wks ago c̄ pruritis, rash or skin lesions. He noted yellow sclera Tues 11/4/86. His pain began Thurs 11/6/86 c̄ abdominal discomfort & pain. He took nuprin & Maalox s̄ relief. He vomited several times ⊖ blood or bilious material. The abdominal pain lessened, but by Sunday 11/9/86, he had severe muscular pain in his arms, neck & back. He says it was a constant, sharp, radiating pain running through his arms, neck & back. The pain was ↓ during the day yesterday but ↑↑ last night. He has been taking Tylenol #3 s̄ relief. He is weak & fatigued. He notes that he is very thirsty & is drinking a lot. He says that breathing shallow & rapidly helps ↓ the pain, but he cannot calm down. He states he had chills Thurs & Fri night, but did not take his temp. Also c/o nonproductive cough.

(O) BP 122/80   P-116   R-60 & shallow

Gen - Thin black male in obvious pain & discomfort. Able & willing to talk & cooperate.
Eyes - marked scleral icterus
Skin - difficult to assess if jaundice ⊕ yellow nail beds ⊖ rash
Lungs - clear to auscultation & percussion
Heart - Norm S₁ & S₂. S₄ heard ⊖ rubs or murmurs
Abd - ⊖ organomegally or palpable organs ⊖ abdominal tenderness or masses

(A) Most likely etiology of Mr. Henry's severe pain is a sickle cell crisis given that he was found to be SS by Hb electrophoresis. Typical causes of (inducers) crises include ① viral or bacterial infection ② cold weather ③ dehydration. The causal factor in this case may be infection (either URI → cough or gastroenteritis → abd pain & vomit) or the onset of colder weather

GWH-130

THE GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER

HMO
TEAM 1

Henry, Ricardo
0663237

Mr.
Mrs.
Miss _____ Hosp. No. _____
NOV 11 1986
Date  Age Yrs ___ Mos ___ BP ___ WT ___
Temp ___                P ___  HT ___
C.C. _____ HC ___

inducing vasospasm.
(P) Quantitative Hemoglobin Electrophoresis
SMA-12
SMA-6
CBC
75 mg Demerol IM stat
Tylenol #3  2 tabs qid  #55        Given Tolectin DS
Return 11/12 + 11/14                400 mg qid
Call if pain intensifies - Advised to go to E.R.
Discussed option of hospitalization for pain control, but
    pt feels this is not a good time for him - school + work
Pt told to drink plenty of fluids ⇒ stay well hydrated

            Marjorie Hermes MSTT

Called at 3:00 pm - no answer
Called pt at 4:00 - he is feeling much better. Pain is
relieved by Demerol. Very tired - sleeping all day.
No appetite, but I reminded him to drink
plenty of liquids. Verified appts for 5:00 pm 11/12
+ 9:45 11/14.
            Marjorie Hermes MSTT

GWH-130