

**THE GEORGE WASHINGTON UNIVERSITY MEDICAL CENTER**
Washington, D.C. 20037

**CLINICAL PATHOLOGY REPORT**

14JAN91

| PATIENT'S NAME (LAST) (FIRST) (M.I.) | MEDICAL RECORD NO. | ACCESSION NO. | DATE OF REPORT |
|---|---|---|---|
| HENRY, RICARDO | (010112-0663237) | 91-014-0344 | |
| DR BLATT, BENJAMIN C   DSCH- 31 | REQUESTED 14JAN91 0749  ADMITTED 14JAN91 0945 | PATIENT LOCATION   ACCOUNT NO. | |

| DATE & TIME OF SPECIMEN COLLECTION | DIAGNOSTIC CODES (FOR PATHOLOGY USE ONLY) |
|---|---|

## HEMOGLOBIN ANALYSIS

HISTORY:

Hct 40.6  Hgb 12.3
MCV 71.5  MCHC 30.1
RBC Morphology:
* teardrops    rare sickles.
  target cells
  polychromasia

Quantitation:
Hgb $A_2$ (column chromatography):

Hgb F (alkali denaturation):

INTERPRETATION:

Electrophoretic pattern consistent with Hgb SS with Hereditary persistence of Hgb F

Fraction   Rel%
1          3.9  $A_2$
2          70.7 S
3          25.4 F

Comments:

_____
Clinical Pathologist

FORM # 7540-75-829

Name: Ricardo Henry
Date: 11-11-86
Acct/MR# 066323-7
Referring M.D. Blatt
Room # _____

## HEMOGLOBIN IDENTIFICATION AND QUANTITATION

Source:   Hosp   MFA   ☐ GWHP   ☐ Drs. Office

☒ Hemoglobin Identification by Cellulose Acetate and Citrate Agar Electrophoresis:

- Hb Bands on Cellulose Acetate (pH 8.4):
  S, F
  (Normal: A, A₂, F)

- Hb Bands on Citrate Agar (pH 6.2):
  S F
  (Normal: A, F)



ELECTROPHORESIS PATTERN

☐ Semiquantitation of Cellulose Acetate Electrophoresis by Density Scan:
Hb A_____%   HbC_____%
Hb S  75 %   Other F 25 %

☐ Hb A₂ Quantitation by column:
  4.8 % (Normal < 3.5%)

☐ Hb F Quantitation by Alkaline Denaturation:
  2.4 % (Normal < 0.8%)

Interpretation/Comment:

Data consistent with HbS with hereditary persistence of fetal hemoglobin. Since A₂ level is high suggests β-thalassemia if cells are microcytic. Also, suggest family studies.

Density Scan of Cellulose Acetate Electrophoresis

Signature   Date Completed   11/21/86

**GWUMC — HEMATOLOGY RESEARCH LABORATORY**

```
           ###      PROVIDENCE LABORATORY ASSOCIATES       ###
        11420 ROCKVILLE PIKE  -  ROCKVILLE, MD  20852 - (301)230-7521

PATIENT NAME: HENRY, RICARDO
DOCTOR:       BRANDLY, ROOSEVELT              ACCOUNT #:       79944
D/A DATE:     A 01-JUN-98                     DATE/TIME COLL: 01-JUN-98  11:50 AM
LOC: PLA      SEX: M      AGE: 038 Y          DATE RECEIVED:  01-JUN-98
SPECIMEN ID:  79944                           DATE/TIME REP:  10-JUN-98  09:33 AM
```

| TEST NAME | RESULT | ABNORMAL | REFERENCE RANGE |
|---|---|---|---|
| **HEMATOLOGY** | | | |
| RBC | 5.18 | | 4.5-6.0 X10^6 |
| HGB | | 12.7 L | 13.0-16.8 GM/DL |
| HEMATOCRIT | | 37.9 L | 40.0-54.0 % |
| MCV | | 73.1 L | 77-98 MMM3 |
| MCH | 24.6 | | 24.6-32.5 MMG |
| MCHC | 33.6 | | 32.2-35.25 G/DL |
| RDW | | 27.3 H | 11.6-14.7 % |
| PLATELET COUNT | | 100 L | 140-400 X10^3 |
| WBC | 6.6 | | 4.0-10.2 X10^3 |
| NEUTROPHILS | 60.9 | | 50-70 % |
| LYMPH | 29.6 | | 20-40 % |
| MONOS | 7.5 | | 4-13.0 % |
| EOS | 1.4 | | 0-6 % |
| BASOS | 0.6 | | 0-2 % |
| RETICULOCYTE COUNT | | 3.9 H | 0.5-1.5 % |

```
PERIPH SMEAR          (SEE BELOW)
     RETIC:    3.9 %    ABSOLUTE RETIC. COUNT:  203,000     NORMAL
     ZPP:      41   ug/dL                                   /mm^3
     RBC:      50% TARGET CELLS, TEAR DROP AND
               CLAM CELLS

     WBC:      WITHIN NORMAL LIMITS

     PLATELETS: REDUCED

     IMPRESSION: SMEAR SUGGESTIVE OF HEMOGLOBINOPATHY OR
                 SEVERE LIVER DISEASE

                       PATHOLOGIST: JOHN FOX, MD
```

```
ROOSEVELT BRANDLY, MD
1160 VARNUM STREET, NE # 114
WASHINGTON, DC  20017
```

*** HENRY, RICARDO, 10-JUN-98  AT  09:33 ***                FINAL  PG 1

```
              ###      PROVIDENCE LABORATORY ASSOCIATES    ###
           11420 ROCKVILLE PIKE  -  ROCKVILLE, MD  20852 - (301)230-7521

PATIENT NAME:  HENRY, RICARDO              ACCOUNT #:       79944
DOCTOR:        BRANDLY, ROOSEVELT          DATE/TIME COLL:  01-JUN-98  11:50 AM
D/A DATE:      A 01-JUN-98                 DATE RECEIVED:   01-JUN-98
LOC: PLA       SEX: M       AGE: 038 Y     DATE/TIME REP:   10-JUN-98  09:33 AM
SPECIMEN ID:   79944

       TEST NAME             RESULT          ABNORMAL              REFERENCE RANGE
       =========             ======          ========              ===============

  CHEMISTRY

     CALCIUM                 10.7                                  8.7-10.7 MG/DL
     GLUCOSE                 99                                    55-120 MG/DL
     BUN                     17                                    7-25 MG/DL
     CREATININE              1.1                                   0.5-1.5 MG/DL
     TOTAL PROTEIN           8.0                                   6.0-8.0 GM/DL
     ALBUMIN                 4.9                                   3.2-5.5 GM/DL
     TOTAL BILIRUBIN                         1.8 H                 0.2-1.5 MG/DL
     SGOT                                    79 H                  7-55 U/L
     SODIUM                  139                                   135-147 MEQ/L
     POTASSIUM               4.2                                   3.5-5.4 MEQ/L
     CHLORIDE                103                                   96-113 MEQ/L
     ALK PHOS                                126 H                 37-120 U/L

  SPECIAL CHEMISTRY

     VIT B12                 965                                   200-1610 PG/ML
     FOLIC ACID              13.2                                  3.0-17 NG/ML
```

---

```
     SERUM IMMUNO ELEC.       (SEE BELOW)

     SERUM IMMUNOELECTROPHORESIS

     IMMUNOGLOBULIN QUANTITATION:
     IGG                      1358*                                900-2000 MG/DL
     IGA                      172*                                 85-500 MG/DL
     IGM                      226*                                 50-425 MG/DL

     INTERPRETATION:          Immunofixation electrophoretogram
                              shows normal immunoglobulins.

     PATHOLOGIST:             NICOLAS CACCIABEVE, MD                          (A)
```

---

```
     HGB ELECTRO              (SEE BELOW)

  SPECIAL CHEMISTRY (continued on next page)

          ROOSEVELT BRANDLY, MD
          1160 VARNUM STREET, NE # 114
          WASHINGTON, DC  20017


*** HENRY, RICARDO,10-JUN-98  AT  09:33 *** (CONT)             FINAL   PG 2
```

```
                ###      PROVIDENCE LABORATORY ASSOCIATES    ###
            11420 ROCKVILLE PIKE  -  ROCKVILLE, MD  20852 - (301)230-7521

PATIENT NAME: HENRY, RICARDO                ACCOUNT #:       79944
DOCTOR:       BRANDLY, ROOSEVELT            DATE/TIME COLL: 01-JUN-98  11:50 AM
D/A DATE:     A 01-JUN-98                   DATE RECEIVED:  01-JUN-98
LOC: PLA      SEX: M     AGE: 038 Y         DATE/TIME REP:  10-JUN-98  09:33 AM
SPECIMEN ID:  79944

        TEST NAME              RESULT          ABNORMAL              REFERENCE RANGE
        =========              ======          ========              ===============

SPECIAL CHEMISTRY (continued)
```

---

```
HEMOGLOBIN ELECTROPHORESIS

   HGB-A:              NONE DETECTED
   HGB-A2:             2.7                                        95-98%
   HGB-S:              71.2                                       1.5-3.5%
   HGB-C:              NONE DETECTED                              NONE DETECTED
   HGB-F:              26.1                                       NONE DETECTED
   COMMENTS:           HEMOGLOBIN S, F, AND A2 DEMONSTRATED.      NONE DETECTED


              PATHOLOGIST: NICOLAS CACCIABEVE, MD
```

---

```
SERUM PROTEIN ELEC.  (SEE BELOW)
   SERUM PROTEIN ELECTROPHORESIS

   TOTAL PROTEIN       8.0*    GM/DL                              6.0-8.0 GM/DL
   ALBUMIN             4.4*    GM/DL                              3.4-4.5 GM/DL
   ALPHA 1 GLOBULIN    0.5 H*  GM/DL                              0.1-0.4 GM/DL
   ALPHA 2 GLOBULIN    0.8*    GM/DL                              0.4-0.8 GM/DL
   BETA GLOBULIN       1.0*    GM/DL                              0.8-1.2 GM/DL
   GAMMA GLOBULIN      1.3*    GM/DL                              1.0-1.6 GM/DL

   INTERPRETATION: NORMAL SERUM TOTAL PROTEIN.
                   ESSENTIALLY NORMAL PATTERN.

        PATHOLOGIST: NICOLAS CACCIABEVE, MD                (B)
```

---

```
        ROOSEVELT BRANDLY, MD
        1160 VARNUM STREET, NE # 114
        WASHINGTON, DC  20017

*** HENRY, RICARDO, 10-JUN-98  AT  09:33 ***                FINAL   PG 3
```

CONTINUATION

NAME HENRY, RICARDO
ADDRESS                                                         DATE

6/15/98

38 y.o. BM with Sickle Cell Disease who presents to the office complaining of joint pains and crisis symptoms progressing over the past few days. Symptoms include joint pains and stiffness in back, wrists, knees and ankles. Pain is not relieved by current medication; Percocet. The patient denies fever, cough, dysuria.

Awake and Oriented. In mild to moderate pain
Skin - Good turgor, no rash
HEENT - PERRLA @ 3mm ECOMI. Mild pharyngeal hyperemia c exudates. No nasal discharge, T.M.'s normal
Neck - Supple, no adenopathy
HEART - Regular rate and rhythm. 2/10 SEM
LUNGS - Clear
Abdomen - NABS Non-tender, no palpable spleen
Extremities - Mild swelling and tenderness in wrist and ankle joints
Back - Straight, no vertebral spine tenderness
Neurologic - WNL

A. (1) Sickle Cell Disease
   (2) Mild Crisis Symptoms
   (3) H/O GERD / HIATAL HERNIA
   (4) MILD PHARYNGITIS

Plan:
(1) Amoxicillin 500mg t.i.d x 5 days
(2) MS Contin 30mg po bid x 7 days
(3) Percocet 1 po q 6hrs prn breakthrough pain
(4) Plenty of fluids
(5) Follow-up in 6wks or prn

R. Brandly MD

ROOSEVELT BRANDLY, M.D.
1160 VARNUM STREET N.E., #114
WASHINGTON, DC. 20017

ITEM 8290   COLWEL. SYSTEMS, INC. 1.800.637.1140

NAME: HENRY, RICARDO
ADDRESS:

**12/7/98**

Follow up office visit for a 39 y.o. BM with Sickle Cell Disease, Chronic Pain and Hiatal Hernia. The patient has been complaining more and more of abdominal pains. The pain has only been moderately responsive to ant. acids.

Alert and Oriented
Skin - Good turgor     HEENT - WNL     HEART - RRR
Lungs - clear     Abdomen - NABS     Extremities - No edema
Neurologic - WNL

A: (1) Sickle Cell Disease    (3) Abdominal Pain
   (2) Hiatal Hernia

Plan: (1) Renew Current Medications    (3) F/U as Scheduled
      (2) Referral Gastroenterology (Dr. Williams)

R. Brandly MD

**2/5/99**

Office visit for a patient with a history of Sickle Cell Disease who presents with complaints of multiple body aches and pains and one episode of "spitting up/coughing up blood" following a motor vehicle accident about 1 week ago. The patient did not seek medical attention after the accident because he considered his injuries to be mild initially. However, his muscle aches and pains have not improved.

Physical Exam
Alert and Oriented                      Skin - Good turgor
HEENT - No head trauma.        PERRLA @ 3.0mm equal
NECK - Supple c̄ muscle stiffness    No oral lesion
bilaterally, No Cervical
Spine Tenderness. ROM. Good.    HEART - RRR
Lungs - Clear. Breath sounds bilateral    Abdomen - NABS
Extremities - Bilateral Knee pain, ROM Fair    No edema
Back - Bilateral paravertebral muscle tenderness
ROM somewhat decreased secondary to pain
Neurologic - WNL, No focal findings

A: (1) S/P Motor Vehicle Accident
   (2) Multiple Body Aches and Pains

Plan: (1) Continue Current Medication
      (2) X-rays: C-Spine, CXR, L/S Spine, Bilateral Knees

R. Brandly, Jr.

ROOSEVELT BRANDLY, JR., M.D.
1160 VARNUM ST., N.E., #114
WASHINGTON, D.C. 20017
(202) 832-3207

ITEM 8290 COLWELL SYSTEMS, INC. 1.800.G