

# The Enlightened

RICARDO F. HENRY

*Dedicated to the Messiah and all those who love him.*
*Special thanks to those who serve as my inspiration:*
*Jeanett Henry, Vassel Henry, and Mrs. Gloria Grayson.*

Other books by Ricardo F. Henry

*The Passion of a Poet*
*The Romanticist*
*Even Angels Sing the Blues*
*Until It's Time to Die*

PUBLISHED BY IVY HOUSE PUBLISHING GROUP
5122 Bur Oak Circle, Raleigh, NC 27612
United States of America
919-782-0281
www.ivyhousebooks.com

ISBN: 1-57197-402-4
Library of Congress Control Number: 2003095718

Copyright © 2004 Ricardo F. Henry
All rights reserved, which includes the right to reproduce this book or portions thereof in any form whatsoever except as provided by the U.S. Copyright Law.

Printed in the United States of America

# TABLE OF CONTENTS

*The Conception* .......... 1

1. The Laws of Circumstances .......... 15
2. Universal Re-sequencing .......... 27
3. The Art of Meditation .......... 33

*The First Month*

4. The Human Soul .......... 39
5. The Many Faces of Beauty .......... 45
6. The Unison Metaphysical Theory .......... 55

*The Second Month*

7. Christ's Suicide .......... 91
8. Realism versus Spiritualism .......... 99
9. The Spiritual Demon .......... 115

*The Third Month*

10. Forgiveness and Consequences .......... 121
11. The Dark Souls .......... 127
12. The Beast Within—Is God Responsible? .......... 133

*The Fourth Month*

13. Beyond Redemption .......... 141
14. Religious Arrogance .......... 147
15. Spiritual Aggression versus Passivity .......... 153

*The Fifth Month*

16. The Transfiguration: A Hidden Mystery .......... 159
17. Born to Die .......... 165
18. Death and Pain .......... 171





### *The Sixth Month*

19. Trials and Tribulations 179
20. Reassurance from God! 189
21. In the Mind of Rage 195

### *The Seventh Month*

22. The Epigenetic Principles of Life 207
23. The Two Types of Eternities 213
24. In the Mind of God 217

### *The Eighth Month*

25. Facing Adversity Spiritually 221
26. The Enlightened 227
27. The Love that Defies Reason 239

### *The Ninth Month*

28. The Church 245
29. The Metamorphosis of Love 251
30. My Name Is Still Gandhi! 257

### *The Birth*

31. False Prophets 261
32. The One Pardoned Sin! 267
33. Heaven Is Not My Reward 275

# Cherished Forever!

## A Collection of Romantic Poetry

by

Ricardo F. Henry

*Cherished Forever!*
by Ricardo F. Henry

**MOUNT HELICON PRESS**

*Cherished Forever!* copyright © 2005
by Ricardo F. Henry

Special contents of this edition copyright © 2005
by Mount Helicon Press

All applicable copyrights and other rights reserved worldwide. No part of this publication may be reproduced, in any form or by any means, for any purpose, without the express, written permission of the publisher.

Address comments and inquiries to:
MOUNT HELICON PRESS
American Publishing Service
9710 Traville Gateway Drive, #305,
Rockville, MD 20850

E-mail:
jrock@mountheliconpress.com    lrock@mountheliconpress.com
Internet URL: www.mountheliconpress.com

Limited Leather-Bound Edition
ISBN: 1-59663-752-8

Printed in the United States of America

First Edition: July 2005



# Until It's Time to Die

Ricardo F. Henry

VANTAGE PRESS
New York

Case 1:06-cr-00079-CKK    Document 33-10    Filed 04/06/2007    Page 10 of 17

In loving memory of my brother Prince; may his presence bring harmony to the Gods.

FIRST EDITION

All rights reserved, including the right of reproduction in whole or in part in any form.

Copyright © 1997 by Ricardo F. Henry

Published by Vantage Press, Inc.
516 West 34th Street, New York, New York 10001

Manufactured in the United States of America
ISBN: 0-533-11657-0

Library of Congress Catalog No.: 95-90616

0 9 8 7 6 5 4 3 2 1

# Even Angels Sing The Blues

Ricardo F. Henry

# Even Angels Sing The Blues

by

## Ricardo F. Henry

*My woman must be able to bear the fruit of a king*
*And drink the wine from a vine*
*That only angels can swallow.*

Copyright © 1989 by
Ricardo F. Henry

**All Rights Reserved.** Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in case of brief quotations embodied in critical articles or reviews.

Published by
Washington Publications

401 M Street, S.W.
Washington, D.C. 20024

ISBN 0-925052-03-5



*I dedicate this book to a lady who has untangled the mystery of my heart and has become the reason for my existence. She has instilled in me the determination and conviction to overcome all obstacles, paving a way to self-actualization in its highest form. She is the essence of my thoughts and a symbolic reflection of* **Even Angels Sing The Blues**. *She is the lady for whom my love shall perpetuate throughout eternity; she is my loving finance´e Jeanett Gringo.*

# The Romanticist

BY

RICARDO HENRY

Whatever you think or whatever you feel that's what I am for I am the foundation of your soul.

# The Romanticist

BY

RICARDO HENRY

Printed in U.S.A.
Print Express
© Copyright 1984
By RICARDO HENRY