# Angus Crawford

**From:** NAFC1 [nafc1@locl.net]
**Sent:** Monday, March 19, 2007 1:22 PM
**To:** Angus Crawford
**Subject:** Certification verification of Ricardo Francisco Henry

March 19, 2007

Subject:   Certification/membership status

To the concerned:

Please be advised Ricardo Francisco Henry is a certified member in good standing of the NAFC/ACCFC and holds the following certification/s

| Certification Title | Membership # | Issue Date | Renewal Date |
|---|---|---|---|
| Certified Sex Offender Treatment Specialist | 25001 | 05/06/2005 | 05/30/2007 |

This member has remained in good standing since the original issue date. Certification/membership renews annually by the member supplying proof of having met or exceeded the Annual CEU Requirements (20 per member per year) and payment of Annual Renewal Fees.

If you have any questions please feel free to call.

Sincerely,

*Virginia Reiter*

Virginia Reiter
Executive Director


Virginia Reiter
Virginia Reiter
Executive Director
www.nationalafc.com

**cpi IANCICI** | **International Association of Nonviolent Crisis Intervention® Certified Instructors**

March 30, 2007

Albright & Rhodes, LLC
Attn: Laura Kelsey Rhodes, Esq.
200-A Monroe Street, Suite 305
Rockville, MD 20850

Dear Ms. Rhodes:

This letter is to verify our records indicate that <u>Ricardo Henry</u> was certified as an instructor of the *Nonviolent Crisis Intervention®* training program on 10/27/2000.

His certification cycle lasted from 10/27/2000 until 10/27/2001 at which time he no longer satisfied the necessary requirements to remain active. His status has been inactive since that time.

Should you have any further questions, please feel free to call me at 262-317-6529.

Respectfully,

Daniel S. Gugala
Director of Legal Services