```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - -X
```

**UNITED STATES OF AMERICA**         :

       **v.**            :     1:06cr00079
                             (CKK)
**RICARDO HENRY,**              :

       **Defendant.**     :
```
- - - - - - - - - - - - - - -X
```

**CONSENT MOTION TO RE-SCHEDULE SENTENCING**

**COMES NOW DEFENDANT**, through undersigned counsel and with the gracious consent of the United States, and herein respectfully requests this Court to re-schedule the sentencing in this matter, presently set for April 20, 2007 to any 3-hour period on June 15,[1] day the week of June 11, 2007 -- except June 14th. In support of this request, undersigned counsel respectfully states as follows:

    1.   Sentencing in this matter is set for next Friday, April 20, 2007.

    2.   An issue has arisen in anticipation of the sentencing regarding, <u>inter alia</u>, whether or not BOP will accept Mr. Henry given his prescription for certain narcotic medications which he needs to control the pain he suffers from a medical condition.[2]

---

[1] Undersigned counsel spoke with Sandy and indicated that we would be asking for some time during the week of June 11th. There are several attorneys (including those from the Medicaid Fraud Unit) involved. After hearing back from the Government, the only common time that week was the 15th. If this Court is unavailable on the 15th, undersigned counsel will be happy to coordinate another time (in a different week) with the Court and all counsel.

[2] Undersigned counsel will provide the court with a comprehensive memorandum regarding this issue prior to sentencing.

3.   Undersigned counsel needs time to investigate this concern and prepare, if appropriate, the alternatives to a typical BOP sentence.  The Government needs an opportunity to respond to the memorandum.

4.   Thus, while undersigned counsel indicated to this Court's law clerk that she was seeking only 4 weeks, upon further reflection (and discussion with co-counsel and Mr. Zeno) she seeks 8 weeks.

5.   Undersigned counsel has spoken with Mr. Henry, who does not oppose this request.

**WHEREFORE**, the reasons stated herein, it is respectfully requested that the April 20, 2007 sentencing date in this matter be continued to the week of June 11, except for Thursday the 14th.

Respectfully submitted,

_____
Kathleen A. Dolan
Counsel for Mr. Henry
Kennedy & Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
(301)608 3000
DC # 428925