UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -X

**UNITED STATES OF AMERICA**      :

      **v.**                   :     **1:06cr00079**
                                   **(CKK)**
**RICARDO HENRY,**                :

      **Defendant.**           :

- - - - - - - - - - - - - - -X

                           **ORDER**

      **UPON CONSIDERATION** of defendant's Consent Motion to re-schedule sentencing, the reasons stated therein and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this \_\_\_\_ day of _____ \_\_\_ hereby

      **ORDERED,** that the motion be and the same hereby is **GRANTED;** and it is

      **FURTHER ORDERED,** that the April 20, 2007 sentencing date in this matter be and hereby is **VACATED;** and it is

      **FURTHER ORDERED,** that the sentencing in this matter be re-scheduled for _____.

                                                          Judge Kollar-Kotelley