UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Judge Colleen Kollar-Kotelly |
| : | Criminal Action No. **06cr079** |
| **RICARDO HENRY** : | |
| Defendant : | |

### ORDER

Upon consideration of Defendant's Consent Motion to reschedule sentencing, the reasons stated therein and the entire record in this matter, and the Court being fully informed in the premises, it is by the Court this _16_ day of April, 2007, hereby

**ORDERED** that the Motion is GRANTED; it is

**FURTHER ORDERED** that the April 20, 2007 sentencing date in this matter is VACATED; it is

**FURTHER ORDERED** that the **SENTENCING** in this matter is **RESCHEDULED** for Wednesday, June 13, 2007, at 9:00 a.m. in Courtroom 28A, Annex; it is

**FURTHER ORDERED** that any supplemental filings relating to restitution, medical condition, or any other sentencing issues that the parties feel the Court should be briefed on prior to sentencing, shall be filed on or before May 23, 2007; and it is

**FURTHER ORDERED** that defense counsel shall inform her client of the new date and time and have him execute a waiver of his speedy sentencing rights in writing to be filed with the Court.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge