UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | Criminal No. 1:06-CR-00079-CKK |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **RICARDO HENRY,** | : | |
| **Defendant** | : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING DATE TO JULY 10, 2007

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to continue the sentencing date in this matter. Sentencing is presently set for June 13, 2007. Because government counsel will be out of the jurisdiction on that date, the government respectfully requests that sentencing be rescheduled for July 10, 2007, at 10:00 a.m. That date and time is agreeable with defense counsel, who does not oppose this motion.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY:  /s/ ATTORNEY'S TYPED SIGNATURE
THOMAS E. ZENO, D.C. Bar. No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-6957

/s/ ATTORNEY'S TYPED SIGNATURE

BY: GLEN DONATH, D.C. Bar No. 460582
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9555

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| : | **Criminal No. 1:06-CR-00079-CKK** |
| : | |
| : | |
| **v.** : | |
| : | |
| : | |
| **RICARDO HENRY,** : | |
| **Defendant** : | |

## PROPOSED ORDER

For the reasons set forth in the government's motion, the United States' Unopposed Motion to Continue the Sentencing Date in this matter to July 10, 2007 is hereby GRANTED. The current sentencing date of June 13, 2007 is hereby VACATED and the new sentencing date in this matter will be July 10, 2007, at 10:00 a.m.

_____  _____
DATE                                                   Hon. Colleen Kollar-Kotelly
                                                       United States District Judge