UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         :
                                  :
                                  :   Criminal No. 1:06-CR-00079-CKK
                                  :
                                  :
         v.                       :
                                  :
                                  :
RICARDO HENRY,                    :
         Defendant                :

## ~~PROPOSED~~ ORDER

For the reasons set forth in the government's motion, the United States' Unopposed Motion to Continue the Sentencing Date in this matter to July 10, 2007 is hereby GRANTED. The current sentencing date of June 13, 2007 is hereby VACATED and the new sentencing date in this matter will be July 10, 2007, at 10:00 a.m.

_May 21, 2007_
DATE

_Colleen Kollar-Kotelly_
Hon. Colleen Kollar-Kotelly
United States District Judge