IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-079 (CKK) |
| | : | |
| RICARDO HENRY, | : | |
| Defendant | : | |

_____

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF COUNSEL RHODES**

Defendant's co-counsel, Laura Kelsey Rhodes, and ALBRIGHT & RHODES, LLC, pursuant to D.C. Cir. R. 44.5, hereby moves to withdraw her appearance on behalf of the Defendant in the above-captioned case, and for cause says:

1. The original scope of Ms. Rhodes' representation covered reviewing the plea agreement and advising the client regarding the agreement, as requested by Counsel Kathleen Dolan.

2. These areas of Ms. Rhodes' representation are now completed and her additional assistance is not required at sentencing.

3. Plaintiff continues to be represented by Kathleen Dolan and Kennedy & Dolan.

4. Undersigned counsel represents a defendant in *U.S. v. Willie Mitchell, et al.,* Case No. AMD-04-029, in the United States District Court of Maryland set for a three and a half month death-penalty trial on September 17, 2007 and is in the midst of preparing for that trial and potential

**MOTION FOR LEAVE TO WITHDRAW**

mitigation phase.

5.    Defendant Henry objects to the withdrawal.

WHEREFORE, for the foregoing reasons, undersigned counsel hereby requests that her motion for leave to withdraw be granted.

Respectfully submitted,

/s/   Laura Kelsey Rhodes
D.C. Bar No. 423-338
ALBRIGHT & RHODES, LLC
200-A Monroe Street, Suite 305
Rockville, Maryland  20850
(301) 424-0094
(301) 424-8732 fax
lkrhodes@albrightrhodes.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2007, a copy of the foregoing Motion for Leave to Withdraw Appearance of Counsel Rhodes was sent via first class mail to:

6181 16th Street, N.W.
Washington, D.C. 20011


/s/ Laura Kelsey Rhodes


**MOTION FOR LEAVE TO WITHDRAW**