UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | CRIMINAL NO. 06-079 |
| | : | Judge Colleen Kollar-Kotelly |
| vs. | : | |
| | : | |
| RICARDO HENRY | : | |
| | : | |
| Defendant | : | |

ORDER

FOR GOOD CAUSE SHOWN, the Court grants the request of Counsel Rhodes for Leave to Withdraw from this matter.

IT IS SO ORDERED.


Date:_____    _____
                                      Colleen Kollar-Kotelly
                                      United States District Judge


cc: Chambers      Probation
    File          Thomas Zeno, AUSA        Glen Donath, AUSA
    Pretrial      Kathleen Dolan, Esq.     Laura Kelsey Rhodes, Esq.