UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA       :

     v.                        :     1:06cr00079
                                           (CKK)
RICARDO HENRY,                 :

     Defendant.                :
- - - - - - - - - - - - - - -X

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW UNDERSIGNED COUNSEL**, pursuant to Local Rules LCrR 44.5(c) and (d) of this Court, and herein respectfully requests leave to withdraw as counsel of record. In support of this request, counsel respectfully states as follows:

1. This is the first time in 17 years of practice that undersigned counsel has filed the instant motion for irreconcilable differences.

2. Despite numerous actions taken in order to avoid the necessity for the instant motion, irreconcilable differences have arisen between undersigned counsel and Mr. Henry which prevent her ethically from effectively representing him -- even just in the sentencing of this matter.

3. Prior to the 7 page letter written by Mr. Henry to this Court, she had already consulted with A.J. Kramer, Federal Public Defender, about withdrawing from this matter.

4. Undersigned counsel will be prepared to give the specific reasons as to the necessity of this request at the Tuesday hearing in this matter.

      5.    Mr. Henry opposes this request.

      6.    Under the circumstances, undersigned counsel cannot proceed to sentencing on the July 10th date.

                              Respectfully submitted,

                                _____/s/ Kathleen Dolan_____
                                Kathleen A. Dolan
                                8601 Georgia Avenue
                                Suite 910
                                Silver Spring, MD 20910
                                (301)608 3000
                                DC# 428925

**CERTIFICATE OF SERVICE**

I, hereby certify that a true an accurate copy of the foregoing motion was sent to the parties electronically via E.C.F., today July 9, 2007.

                                _____/s/Kathleen Dolan_____
                                   Kathleen A. Dolan