**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA    :

       **v.**    :    **1:06cr00079**
                      **(CKK)**

RICARDO HENRY,    :

       **Defendant.**    :
- - - - - - - - - - - - - -X

**ORDER**

      **UPON CONSIDERATION** of defendant's Motion for Leave to Withdraw, and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this ____ day of _____ hereby

      **ORDERED**, that the motion be and the same hereby is **GRANTED**; and it is

      **FURTHER ORDERED**, that Kathleen A. Dolan's praecipe be and hereby is **STRUCK** from this case; and it is

      **FURTHER ORDERED**, that the July 10, 2007 sentencing in this matter be and hereby is continued to _____.


_____
Judge Kollar-Kotelley


Copies:

Kathleen A. Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910

Laura Kelsey Rhodes
Albright & Rhodes, LLC
200 -A Monroe Street, Suite 305
Rockville, MD 20850

Thomas Edwim Zeno
Glen Donath
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Suite 5423
Washington, DC 20530