UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
        Plaintiff : CRIMINAL NO. 06-079
: Judge Colleen Kollar-Kotelly
vs. :
:
RICARDO HENRY :
:
        Defendant :

ORDER

FOR GOOD CAUSE SHOWN, the Court grants the request of Counsel Rhodes for Leave to Withdraw from this matter. *The matter was discussed on the record. Defendant does not oppose her withdrawal.*

IT IS SO ORDERED.

Date: July 10, 2007

                                                    Colleen Kollar-Kotelly
                                                    United States District Judge

cc: Chambers     Probation
    File            Thomas Zeno, AUSA     Glen Donath, AUSA
    Pretrial       Kathleen Dolan, Esq.     Laura Kelsey Rhodes, Esq.