UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA         :

       v.                          :     1:06cr00079
                                (CKK)

RICARDO HENRY,                   :

       Defendant.               :
- - - - - - - - - - - - - -X

**ORDER**

UPON CONSIDERATION of defendant's Motion for Leave to Withdraw, *including a discussion on the record*, and the entire record in this matter; and the Court being fully informed in the premises; it is by the Court this _10th_ day of ___July___ hereby

**ORDERED**, that the motion be and the same hereby is **GRANTED**, *with defendant's consent*; and it is

**FURTHER ORDERED**, that Kathleen A. Dolan's praecipe be and hereby is **STRUCK** from this case; and it is

~~**FURTHER ORDERED**, that the July 10, 2007 sentencing in this matter be and hereby is continued to _____.~~

_____
Judge Kollar-Kotelley

Copies:

Kathleen A. Dolan
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910

Laura Kelsey Rhodes
Albright & Rhodes, LLC
200 -A Monroe Street, Suite 305
Rockville, MD 20850

Thomas Edwim Zeno
Glen Donath
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W.
Suite 5423
Washington, DC 20530

4