

*Let this be filed.*

*Judge C Kollen- Kotelly*

*06CR079*    *7/10/07*
                  *Date*

6101 16th street NW
        Apt.609

Washington, DC 20011

6-20-07

FILED

JUL 1 0 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Dear Judge Kotelly ,

      My name is Ricardo Henry and I will be coming up for sentencing before you on the 10th of July. The purpose for writing you this letter is to bring to your attention some information that you might not have gotten otherwise. However, first I would like to express just how sorry I am for the inconvenience I have caused you and the government. Still, I am running a great risk writing you this letter. Simply, because it can be misinterpreted as not taking responsibility for my indiscretion. But how could I live with myself if I did not tell you what this case is really about and how I came to be in the predicament that I am now in. Please do not think I not taking responsibility for my action because I have chosen to explain certain things about this case. Indeed, While my clinic might have been doing some very important work with substance abusers, I take full responsibility for all it short comings. I should have paid closer attention to all the logistics of the day to day routine.


How this case all got started: Your Honor, in the year 2000, a gentleman by the name of Mr. Gerald Goldstein came to my Clinic. He showed me a badge and stated that he was from the Inspector General office. He asked about Ms. Cheryl Irving, one of the fifteen Social workers I had working for my Free Standing Mental Health Clinic at the time. He wanted to know whether or not she was a licensed Social worker. I told him yes, she was. Next, he asked me about Ms. Alvina Gaines, one of the clients she was working with at the time. I told him that I would need a subpoena or a court order if not the permission of client before I could reveal any information relevant to the client. He became a little annoyed, insisting that because of his position, he did not need any permission from the client or even a court order. I told him that I was not trying to be difficult, but the clinic and I could be sued by the client if we did not follow this protocol. Then I called my wife who is an Attorney and was the General Council for the clinic to explain what I was not able to explained to him. She came over from her office within twenty minutes and was very polite and respectful as she tried to explain why we needed the subpoena or a court order.  This was futile, he became very angry and told her that he did not "give a Damn who she was, all he needed was the clients ' file". I watched her as she sat there and took his verbal abuse without

(2)

getting upset, then I stopped the meeting and told him to get "the hell out of my office". "I know you all don't have any records over here, you wait I'll teach you a lesson" he said as he stormed out of my office.

I contacted his boss, Mr. Charles Maddox's office immediately and left a message telling him how Mr. Goldstein wanted us to break the law by giving him client's private mental health records without a court order or subpoena. The next day a gentle man by the name of Mr. Rocke, from the Inspector General Office faxed us a subpoena for the records. The entire file was sent over to the Inspector General's office. They examined the file and saw that everything was in order. This however was not enough for Mr. Goldstein, by now he had set out to teach me a lesson, because he felt I had disrespected him when I told him to get the hell out of my office. He contacted the Medicaid Department, our main billing source and told them that Insight Therapeutic Services was committing fraud therefore they should not allow us to bill them for any clients. Now, this was a shock to Medicaid because just two weeks prior to this incident, they inspected us and was impressed with what they saw. They were so impressed that one of the inspector took me down to the main office and showed me some new forms that would make my clinic run even better. They also told me that they did find some irregularities and would be recouping about ten thousand dollars from me. They said the mistakes made were ones they saw with just about every new clinic. They said they always recoup money from clinics, it just a matter of how much. Some times they recoup in the hundred of thousand of dollars. This was why they were so astonished when Mr. Goldstein insisted that they should not pay us for any of the clients which were seen by my clinic. They wrote me a letter saying that they could not accept any of the recoupment money from me because Mr. Goldstein told them that he wanted to criminalize the irregularities which they had found during their inspection. Hence, I did not get a chance to pay back the ten thousand dollars.

Your Honor, as you know the legal model for the Medicaid Department is as follows (1) Medicaid comes in and do an inspection. (2) If they suspect fraud, they contact the Inspector General Office to do an investigation. (3) If the investigator from the Inspector General Office discovers fraud, he or she then contacts the US Attorney's office. (4) The person is then prosecuted. However, in my case this did not occur, Your Honor. Instead, Mr. Goldstein manipulated the legal system. He called Medicaid; He called the US attorney's office and spoke to his friend, Mr. Zeno. He lodged the complaint against the clinic. He alone out of spite and with the help of his friend, Mr. Zeno have destroy the Clinic. I discover that Mr. Goldstein and Mr. Zeno were close friends when Mr. Goldstein bragged to my Attorney how he was on his way over to talk to his friend, and when his friend was through with me, I would not have a leg to stand on. My Attorney inquired as to who this friend was, and he was bold enough to tell him that his name is "Thomas Zeno at the US Attorneys office". My Attorney then asked him, why would he personalize this investigation but Mr. Goldstein hung the phone up on him. Your Honor for the

(3)

next five years Mr. Zeno issued search Warrants on my home and my clinic. He searched my home and found nothing. He kept on searching my office in order to disrupt our business. Each time he searched my office he takes away things we had replaced in order to keep the clinic open. My clinic consisted of two very small offices, because most of the works were done in the client's home. Over the years, he has taken away seven computers, faxes, printers, patient's files, time clocks, and made sure that our file cabinets were always broken up. Keep in mine Your Honor, that we were no longer dealing with Medicaid after the first search, because Mr. Goldstein had told them to stop paying us for clients seen. We continue to see and help these clients without any type of payment until the clinic had to close its doors. yet, he kept on harassing us until we could not function as a business anymore. My wife and I mortgaged our home to stay in business but it was no good, He kept on issuing search warrants over the five years just to make sure we would not stay in business.

During one of his search warrants he sent 12 men dressed in black with machine guns to our home. My wife was so scared, however, she reviewed the search warrants and assisted them with the search. She asked the agents how long will this harassment go on but they told her to talk with Mr. Zeno. That day they took pictures of our home, two Porsches and another used car before leaving. A month later Mr. Zeno subpoena my mother who has nothing to do with my business, she has never been to my office. She was fighting breast cancer at the time and was very weak. She got up and went down to his office only to find herself being confronted by Mr. Goldstein and Mr. Zeno. She told us how they took her to a room and kept shouting in her face, asking questions about me and my business. She said they did take her in front of the grand Jury as stipulated on the subpoena. Instead they took her to a private room. When she got back she was never quite the same anymore, she died just two weeks later. Doctors said her chemotherapy was working but seemed to stop all of a sudden. They killed her Your Honor, they had no right taking a seventy year old woman whose only crime was to be my mother in order harass me.

Later on, Mr. Zeno and Mr. Goldstein discovered that I was about to get a P.H.D from the Fielding Institute. I received a call from the University telling me that I would not be allowed to finish up my dissertation .Apparently, they were told by Mr. Zeno and Mr. Goldstein that I was a criminal who was getting ready to be prosecute by them. The University refused to let me back in therefore I had to try and get into another University. They told me that I would have to repeat two years of course work again. After ten years of hard work and sweat my chance of getting a P.HD was gone. Your Honor for the next five years they kept harassing me in one way or another. They have caused the death of my mother so I was concerned about my father who was still alive. Once I was arrested they began to pressure me with respect to taking a plea. When I said no, Mr. Zeno said he will start an investigation on my father. Mr. Zeno called my father in New York and told him that if he did not come to Washington and talk to him. He "would be

(4)

coming up in handcuffs in the back of a police van". My father said he needed a subpoena before he would come to Washington DC but Mr. Zeno said no to the subpoena. Mr. Zeno reiterated his threat again, this time my father who has a "green card" got scared and came to Washington to talk to him. They tried to do the same thing to my father that they had done to my mother. However, my father was not sickly and told them only what he knew about my business which was nothing. Mr. Zeno knew this before he got him to Washington, but he has the power and he wanted to show me that I will take plea, it was only a matter of when. He took all my money from my safe and any finances he could find in order to prevent me from being able to afford adequate legal representation. However, my family came through for me. They got enough money for me to hire a good lawyer. So Mr. Zeno Turned his attention to my lawyer, he threatened to take away any money I give her for my defense if she decided to represent me. But this lawyer was a fighter and she believed in my innocence. She hired a major law firm to fight back in order to be able to defend me. He backed off !

 The scheme: Your Honor, although I have taken full responsibility for my clinic and for my mistakes there were no scheme to defraud the government. Medicaid came in and inspected my clinic as stated earlier. They found some problems and fixed them.  My Billing officer was in her late seventies. She was very sickly like myself, therefore when she ask me if she could do the billing from home I had no choice but to say yes. The billings were done by filling out several forms. She told me that sometimes she was too sick to come into the office but might still be able to do the billing if she was allowed to work from home. I said yes, because I knew what it was like to be too sick to come into the office. Your Honor, her name is Ms. Edna Gainey and her telephone number is 301-3361521. She is a retired government worker who wanted to supplement her income. The fact that she was sickly was not going to let me fire her. I helped her keep her job by not having to come into the office. Mr. Zeno tried to get her to say that I told her not to come into the office because I did not want her to know what client I was over billing . This does not make any sense since most of the time it was not my job to call in the clients that were seen to the billing officer. I had two Quality Assurance Directors whose job it was to go into the homes behind the social workers in order to make sure that the clients were seen. It was there jobs to then call the billing officer and report the names of the clients that were seen. I also had two Program Directors for this little clinic. The program Directors made sure that the day to day operation was going well. Their responsibilities also included making sure that the clients were seen and the billing officer received the correct information. In short the billing officer worked mainly with these four individuals, therefore the so call scheme is a fabrication.  If there was a scheme , where are the other people that were involved, and why am I the only one that was arrested. Why did they dropped all the other counts against me if I was such a criminal.

(5)

Next, Mr. Zeno found one note where I had seen a client for substance abuse disorder, treated the client for couple months then closed out the case in writing. Apparently, the billing officer did not know that I had stopped seeing the client and kept on billing for the client. However, Mr. Zeno said it was part of the scheme to keep billing the client. Your Honor, I am not the smartest person around, but I am not stupid either. If I know I am going to keep billing for a client why would I closed out the case in writing where Medicaid would clearly picked up on it. If my intention was to commit fraud, that's the last thing I would do. But Mr. Zeno would have you believe that I closed out the case then billed the person. As the CEO, I always check the payment print out sheets , therefore I must have known that the client in question was being over billed. If I did not, as the CEO, it was my responsibility to know, hence I am to be blamed, so I am taking responsibility for this crime even though Medicaid saw it as a billing irregularity that was already addressed by the recoupment process. Because if I don't Mr. Zeno and his friends will never allow me live my life in peace. They have the power and have set things in motion that all you have to do is sanction what they already done. They know how to manipulate the law in order to get the judges to render the decisions that they want. And they know that very few judges will have the courage to go against them.

Next, Mr. Zeno said because I signed my name Ricardo Henry, P.H.D; DAPA that I had also committed fraud. But what he did not tell Your Honor is that both the Honorary Doctorate in psychopharmacology and the Diplomate in Psychotherapy were given to me by The American College of Forensic Examiners. I received a call from them with respect to one of my Novels "Until it's Time to Die". I was told by them that it had received five stars by Amazon. Com. Well, this was news to me but they wanted to honor me and asked if I would become a member of their organization. I said yes and within a few weeks I was given the credentials. Mr. Zeno knows this because they told me that he called them, yet, he continue to play ignorant in order to make these wild assertions about a scheme.

Their myth of a Bankruptcy fraud : Your Honor , when my wife and divorced each other we also decided to sell our home in Maryland. The house was sold and the money was divided up between creditors , myself, as well as my wife. When I told my Attorney about the house, he said it was not necessary to put it down on the bankruptcy forms . Mr. Zeno said I did not list it on purpose. However, the lawyer is so sure about the house not having to be listed on the bankruptcy forms that even when he revised the paper work in order to address the few discrepancies, he still did not list the house again. Your Honor, I went to this lawyer for his expertise in the law, so I trusted his decision relevant to the house and other issues. Mr. Zeno was told by this Lawyer who did the bankruptcy that what I said was the truth, and yet he insisted on claiming that I tried to defraud the govt. He would have done anything in order to try and justify why he spent 5-6 years investigating two small offices as well as stopping the clinic from operating .

(6)

When I moved to the Washington area from Maryland, I brought six guns which were registered and licensed in Maryland with me. The intent was to turn them over to a police station. I tried to do this in Maryland but the police officer told me that they were my guns and he could not take them from me. I explained to him that I had sold my home and was moving back to the District where no guns were allowed . He said I should keep them inside my house and turn them over at the next gun amnesty. This was my intent, selling them  never entered my mind. However Mr. Zeno said because I wrote N/A for not applicable to the question on the bankruptcy form then I wanted to sell them for money, hence I committed fraud. All together, the guns valued less than $600.00 . Selling them never entered my mind Your Honor, as god is my witness.

Traveling: Your Honor the govt. stated that I used the money and went to Sweden with my brother . What they did not tell you Your Honor is that every year since 1998 my wife and I were in the habit of traveling to different countries. As an Attorney, she made a very good living by herself and with the two of us working with no children, we used our money to travel instead. Together, she and I had visited close to twenty countries. However, the govt. wanted you to think that I used the money from medicaid to have a wild life on the town. We were traveling long before I started my  business.  I took my brother this time because I was no longer married and wanted some company. They have a tendency to take things out of context in order to make them look bad for me. Its not right but imagine its legal to do so.

Your Honor, at any one time the maximum amount of clients I had at my clinic was seventy. One third of all my clients were in the "give back" program . This was for clients who could not pay their fee or those who had no insurance coverage. No clients were turned away from my clinic due to their inability to pay. I just put them in the "give back"program where they usually get the same quality of care, then I try to juggle to see how I can pay for everybody who could not pay. I think I became so focused on helping every body that I might have borrowed from Peter to pay Paul.

Mercy: Your Honor if it within your power to show me mercy please do so. I don't know how much longer I have left on this Earth, but I sure would like to spend it helping people. Everybody must have a reason to get up in the morning. When I found out that I had this terrible illness, I asked god to let mine be to help as many people as possible, this is the legacy I would like to leave behind.  I must let you be aware however ,Your Honor, that if you decided to show me mercy, please do it in such a way where it won't get Mr. Zeno upset. As my Lawyer said, he is third in line to one of the most powerful office in Washington. This is why every decision my Attorneys make about my case, they take into consideration whether it will get him upset or not. He told them that if they represented me initially, he would start an investigation into their affairs. Ms. Dolan for example had to hire a law firm just to fight him to be able to defend me. He even tried to take away the

(7)

funds my family paid her.  Mr. Zeno went at great length to manipulate the offense levels and counts in order to get me exactly where I am. As much as I want mercy from you, I would not be honorable, if I did not tell you that due to the personal component to the case, it might be to you disadvantage to show me mercy. At one point he had five prosecutors on this case alone. One day Ms. Dolan asked him, if this was any other defendant would you be pushing so hard for him to do jail time? She said the phone went dead for a few minutes, then a "no comment" was his response.

 He is determine to teach me a lesson for his friend Mr. Goldstein. My mother died because of how he treated her, my father humiliated . And now with your help, he wants to put me behind bars for a very long time. I could go on and on about the things he had done over the past five to six years but no one will believe me, simply because he is the govt. and the govt. don't do things like that I was told. I have asked God for mercy and now I am asking you, however, I wanted you to know what you are up against, so if you should decide not to show me mercy, I will understand. Just Like I understood why my Lawyers  had to make decisions about my life based on whether or not the things they do will or will not get him upset. Fear is a terrible thing to live with, I know, I have had to live with it for these past six years, always watching and waiting for another search warrant to be issued by Mr. Zeno.  So I don't blame my Lawyers for watching their steps and I have told them this. Sometimes I called  them just to check in order to make sure they got home safely . Recently, Ms. Laura Rhodes was so intimidated by his power that she went along with Mr. Zeno in terms of Recommending a twenty months incarceration sentencing for me. She did so without my knowledge or with the lead Attorney's input. Because she is a good lady, she ended up telling us what she had done behind our back. By then she had turned the report over to you already and did not know how to get it back or on what grounds. Ms. Dolan agreed that this was going too far in terms of trying to stay on Mr. Zeno's good side, because I did not deserve to be in Jail. Then both lawyers got together and tried to salvaged what Ms. Rhodes had done.  They wrote a second report saying that what Ms. Rhodes had intended to say was twenty months home detention or something to that affect . I did not agree with the twenty months, however, under the circumstances what could I do. I know why they did what they did, they still did not want to get on Mr. Zeno's bad side. I pray you will give be back my life by not keeping me for twenty months. It has been almost a year since I have been wearing this leg bracelet like an animal. I pray that you will grant me back my life. I am telling you this in confidence Your Honor, so you will know how powerful his office is as well as the risk that you would be taking by showing me mercy. Ms. Rhodes felt bad and wanted to withdraw from the case . In addition, Ms. Dolan said she would submit another version without trying to explain the first Sentencing report. The first report has already compromised my whole chance of getting a fair Sentence according to my ex-wife, an Attorney as well. However, I told her that between god and you, a fair Judge from what I had seen, I will be treated fairly. I was angry at first,

(8)

especially when the issue of restitution came up and Ms. Dolan wanted me to agree to pay back $75,000 without letting us sit down and see what clients they are claiming I over charged asides from the one that I took responsibility for. This got me upset only because she said that was the figure I had agreed to pay back and it was not factual. The clinic was in operation for about two years, there is no way one client was billed $75,000 at a rate of $36.00 per visit. Ms. Dolan said she would leave the case if I did not take her advice and agree to pay the $75,000.00 in restitution without having a hearing. I paid her all my money and I don't have any more for a new lawyer so I might have go along again. Please help me get through this your Honor. I am not a bad person, I spent most of my life trying to help others and being a productive member of society.  They said that while you may have discretionary power to give me back my life , chances are you won't because of Mr. Zeno's power.  I will pray however, that god will touch your heart and let you see the truth about this case and why I had to take the plea. To reiterate one point your Honor, I took responsibility For the billing irregularities long before I was arrested. I was in the process of paying back Medicaid when the process was stopped. Medicaid has the recoupment process in place for this very reason. According to them very few clinics have ever been inspected and don't have to returned back some money. I have only myself to be blame for not doing a better Job with the management, therefore I am guilty for everything that went wrong with my clinic.

*This paragraph redacted as it contains information about third parties not related to this case.*

Thank you Your Honor for reading this very long letter. May god grant you the wisdom of Solomon as well as the courage to do what is right and just. Regardless of what you have decided to do Your Honor , I want you to know that if I am given a second chance at life, you will never regret your decision.

Sincerely,

Ricardo F. Henry