HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUL 1 0 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-079</u> |
| vs. | : | SSN: /_____ |
| HENRY, Ricardo | : | Disclosure Date: <u>March 16, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
Prosecuting Attorney                                                  Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment. *(See attached)*

_____       _____  4/11/07
Defendant              Date                          Defense Counsel                   Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 30, 2007</u>, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

LAW OFFICES

ALBRIGHT & RHODES, LLC

200-A MONROE STREET, SUITE 305

ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 424-0094

FACSIMILE: (301) 424-8732

www.albrightrhodes.com

April 11, 2007

<u>Sent Via Telefax and U.S. Mail</u>
Michael Penders, USPO
U.S. Probation Office
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W., Suite 2800
Washington, D.C. 20001

   Re: 06-CR-079-CKK; *U.S. v. Ricardo Henry*

Dear Mr. Penders:

  Thank you for faxing the Acknowledgment form yesterday. I am returning it, signed, with this form. The challenges we have to the report are as follows:

> (1) Paragraph 44 on Page 10: Defendant disputes the application of the adjustment for Obstruction of Justice under the facts recited, without conceding those facts. Defendant will set forth those arguments in its Sentencing Reply Memorandum.

> (2) Paragraph 50 on Page 10: Our understanding is that there is no pending case in D.C. Superior Court, though the matter was brought to the attention of the D.C. Attorney General's Office not long after the search warrant execution in March, 2006.

> (3) Paragraph 72 on Page 14: Additional information on the status of these certificates/licenses was attached as an exhibit to Defendant's Sentencing Memorandum.

> (4) Paragraph 109 on Page 20: Restitution owed is not to exceed $199,743.00, but the amount will be determined either by agreement of the parties or by the judge following a hearing.

**ALBRIGHT & RHODES, LLC**
Letter to Michael Penders
RE: R. Henry PSR Report
April 11, 2007
Page 2

    Thank you for your attention to these matters.

                                  Very truly yours,

                              **ALBRIGHT & RHODES, LLC**

                              Laura Kelsey Rhodes


Enc.
Cc w/ enc.: G. Donath, AUSA, T. Zeno, AUSA, K. Dolan, Esq. (via email only)
          R. Henry (via U.S. mail and email)