UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Criminal No. 1:06-CR-00079-CKK |
| v. | : | |
| | : | |
| **RICARDO HENRY,** | : | |
| | : | |
| **Defendant** | : | |

## GOVERNMENT'S NOTICE CONCERNING RESTITUTION

The United States Attorney, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Notice regarding the restitution it will seek at the sentencing scheduled for December 11, 2007.

As explained during the status hearing held on September 17, 2007, in addition to the forfeiture of items described in the plea agreement, the government will seek restitution only for the defendant's conviction of Count Two of the Indictment, to which the defendant has pleaded guilty. This means that the Court will not be required to hold an evidentiary hearing regarding the amount of restitution to be ordered.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
D.C. Bar. 498610

BY:    /s/ Typed Attorney's Signature
THOMAS E. ZENO
Assistant United States Attorney
D.C. Bar. No. 348623
Fraud & Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-6957