UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 06-CR-79 (CKK) |
| RICARDO HENRY | : | |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE**

Mr. Ricardo Henry, the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to file defendant's Objection to Presentence Investigation Report, Motion for Downward Departure, and Memorandum in Aid of Sentencing, two days late. Due to commitments in other matters, undersigned counsel was unable to finalize the memorandum by the date it was due, October 31, 2007. Counsel spoke with government counsel on November 2, 2007, who stated that the government does not oppose this motion.

WHEREFORE, for the foregoing reason, Mr. Henry respectfully requests that the Court grant him leave to late file by two days.

Respectfully submitted,
A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500 ext. 109