UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 06-CR-79 (CKK) |
| **RICARDO HENRY** | : | |

**<u>ORDER</u>**

Upon consideration of defendant's Unopposed Motion for Leave to Late File, and finding good cause shown, it is this __ day of November, 2007, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Colleen Kollar-Kotelly