UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 06-CR-79 (CKK) |
| **RICARDO HENRY** | : | |

### ORDER

Upon consideration of defendant's Unopposed Motion for Leave to Late File, and finding good cause shown, it is this 6th day of November, 2007, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Colleen Kollar-Kotelly