UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 06-CR-79 (CKK) |
| RICARDO HENRY | : | |

### UNOPPOSED MOTION FOR LEAVE TO LATE FILE RESPONSE

    Mr. Ricardo Henry, the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to file Defendant's Response to Government's Reply Memorandum in Aid of Sentencing. Due to commitments in other trial matters, undersigned counsel was unable to finalize the memorandum by the date it was due, November 13, 2007. On November 16, 2007, counsel spoke with government counsel, who stated that the government does not oppose this motion.

    WHEREFORE, for the foregoing reason, Mr. Henry respectfully requests that the Court grant him leave to late file.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500 ext. 109