UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 06-CR-79 (CKK) |
| RICARDO HENRY | : | |

### ORDER

Upon consideration of defendant's Unopposed Motion for Leave to Late File Response, and finding good cause shown, it is this 19th day of November, 2007, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Colleen Kollar-Kotelly