UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | Criminal No. 1:06-CR-00079-CKK |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **RICARDO HENRY,** | : | |
| Defendant | : | |

### UNOPPOSED MOTION TO DISMISS REMAINING COUNTS

The United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, hereby moves to dismiss the remaining counts of the Indictment. The government presents the following in support of its motion.

As part of the plea agreement in this case, the government agreed that it would move to dismiss the remaining counts of the Indictment after the defendant was sentenced on count two of the Indictment. Through inadvertence, the government failed to move for dismissal of the remaining counts during the sentencing hearing. The remaining counts are count one and counts three through seventy-two as well as the forfeiture allegation

Counsel for the defendant does not object to this motion.

WHEREFORE, the government moves that the remaining counts of the Indictment be dismissed.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        *Thomas E. Zeno*

BY:   THOMAS E. ZENO,
        D.C. Bar. No. 348623
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 4th St., N.W.
        Washington, D.C. 20530
        (202) 514-6957
        thomas.zeno@usdoj.gov