UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Criminal No. 1:06-CR-00079-CKK** |
| **v.** : | |
| **RICARDO HENRY,** : | |
| Defendant : | |

**ORDER**

FOR GOOD CAUSE SHOWN, the Court grants the government's unopposed motion to dismiss the remaining counts of the Indictment.

Accordingly, count one and counts three through seventy-two as well as the forfeiture allegation are hereby DISMISSED.

DATED: _____   _____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE