UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,              :

   v.                                  :    Cr. No. 06-79 (CKK)

RICARDO HENRY,                         :

        Defendant.                     :

## NOTICE OF APPEAL

Name and address of appellant:         Ricardo Henry


Name and address of appellant's attorney:    Mary Manning Petras
                                             Assistant Federal Public Defender
                                             625 Indiana Avenue, NW, Suite 550
                                             Washington, DC 20004

FILED
DEC 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Offense:     18 U.S.C. § 1034 & 2 - False Statement Relating to Health Care Matters

Concise statement of judgment or order, giving date, and any sentence:

   Sentenced December 11, 2007 - 20 months' incarceration, 24 months'
   supervised release, $100 special assessment, and $36.00 restitution

Name of institution where now confined, if not on bail:  N/A


I, the above-named appellant, hereby appeal to the United States Court of Appeals
for the District of Columbia from the above-stated judgment.


   12/20/07                      Ricardo Henry
DATE                         APPELLANT


CJA, NO FEE _____ FPD _____
PAID USDC FEE ___ No _____         ATTORNEY FOR APPELLANT
PAID USCA FEE ___ No _____


Does counsel wish to appear on appeal?   _X_ Yes   ___ No
Has counsel ordered transcripts?         ___ Yes   _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   _X_ Yes   ___ No